# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Palm Beach Division

| | |
|---|---|
| **CARL CLARKE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND CITIBANK, N.A.,**<br><br>**Defendants.** | **Case No. 9:24-cv-81440-MD** |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.      Parent Companies: The ultimate parent company of Experian is Experian plc.

2.      Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

      a.      Central Source LLC

      b.      Online Data Exchange LLC

      c.      New Management Services LLC

      d.      VantageScore Solutions LLC

      e.      Opt-Out Services LLC

3.      Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Date: December 23, 2024                     Respectfully submitted,

                                            */s/ Noah J. DiPasquale*
                                            Noah DiPasquale, Esq.
                                            Florida Bar No. 1003238
                                            TROUTMAN PEPPER HAMILTON SANDERS LLP
                                            1001 Haxall Point
                                            Richmond, VA  23219
                                            Telephone: (804) 697-1266
                                            Facsimile: (804) 697-1339
                                            Email: noah.dipasquale@troutman.com

                                            *Counsel for Defendant Experian Information
                                            Solutions, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 23, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will then send a notification of such filing to counsel of record.

/s/ *Noah J. DiPasquale*
Noah DiPasquale, Esq.

*Counsel for Defendant Experian Information Solutions, Inc.*

3