## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PALM BEACH DIVISIION

CARL CLARKE,

     Plaintiff,

v.                            Case No. 24-CV-81440-DAMIAN

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC
and CITIBANK, N.A.,

     Defendants.

_____/

## <u>DECLARATION OF ANDREW GRAYOT</u>

I, Andrew Grayot, hereby declare as follows:

     1.     I am an employee of Citibank, N.A. ("Citibank"), a national bank located in Sioux Falls, South Dakota. Citibank issues credit card accounts to persons throughout the country, including the credit card at issue in this action.

     2.     I have worked with Citibank (or its affiliates) in different capacities for approximately 22 years. In connection with my employment, I have personal knowledge of the general business practices of Citibank with respect to its credit card accounts. My responsibilities include the preparation of declarations in connection with litigation involving Citibank, and I am authorized to provide this Declaration for Citibank. I have access to the business records relating to the credit card accounts issued by Citibank including, in particular, the records of cardmember accounts and the applicable card agreements.

Exhibit "A"

3. The exhibits to this declaration are all true and correct business records created and maintained by Citibank, or its affiliates, in the course of regularly conducted business activity, and as part of the regular practice of Citibank to create and maintain such records, and also were made at the time of the act, transaction, occurrence or event, or within a reasonable time thereafter. The statements set forth in this declaration are true and correct to the best of my knowledge, information, and belief. Except where based upon information provided by persons working under my direction and supervision, the statements contained herein are based on my personal knowledge or review of Citibank's records, including records pertaining to the Home Depot branded credit card accounts issued to plaintiff Carl Clarke ("Plaintiff"). If called as a witness, I am competent to testify to the statements contained herein. The exhibits have been redacted to exclude personal information.

4. I understand that Plaintiff has filed a lawsuit regarding Citibank's purported conduct in connection with the reporting of one of his Home Depot branded credit card accounts. Citibank's records reflect two Home Depot branded credit card accounts have been issued to Plaintiff. The first account, ending in 7647, was issued by Citibank to Plaintiff on or about August 12, 2022 ("7647 Account"). The second account, ending in 1307, was issued by Citibank to Plaintiff on or about August 14, 2023 ("1307 Account" or together with the 7647 Account, the "Accounts"). Based upon my review of Citibank's records pertaining to the

Accounts and as discussed below, I have determined that both of the Accounts are subject to an arbitration agreement.

5.     The Accounts are subject to written terms and conditions that are reflected in a Card Agreement, as amended from time to time.

6.     Attached as Exhibit 1 is a copy of the Card Agreement provided to the Plaintiff at the time that he applied for the 7647 Account.  Attached as Exhibit 2 is a copy of the Card Agreement provided to the Plaintiff at the time that he applied for the 1307 Account.  The Card Agreements are substantially identical and contain the same arbitration provision.

7.     I have reviewed Citibank's records for the Accounts and confirmed that each of the Accounts were opened at a point of sale, in this case, a Home Depot store. Pursuant to Citibank's regular business practices, the Card Agreements would have been provided to Plaintiff at the point of sale prior to his applications being processed.

8.     As discussed and instructed in the Card Agreements, Plaintiff had the right to reject the arbitration provision contained in the Card Agreements as follows:

**Rules for rejecting this arbitration provision**

You may reject this arbitration provision by sending a written rejection notice to us at: P.O. Box 790340, St. Louis, MO 63179. Your rejection notice must be mailed within 45 days of account opening. Your rejection notice must state that you reject the arbitration provision and include your name, address, account number and personal signature. No one else may sign the rejection notice. Your rejection notice will not apply to the arbitration provision(s) governing any other account(s) that you have or had with us.

Rejection of this arbitration provision won't affect your other rights or responsibilities under this Agreement, including use of the account.

9.     Citibank's records confirm that Plaintiff was provided with the Card Agreements for each of the Accounts but did not choose to reject the arbitration agreement for either of the Accounts.   I can determine this because it was Citibank's regular practice to include a note in the computerized account records of those card members who chose to opt out.  The records for the Accounts do not reflect any such note, and there is no indication in the records for either of the Accounts that Plaintiff ever notified Citibank that he was rejecting the arbitration provision.

10.     Attached hereto as Exhibit 3 is a copy of the transaction detail reflected on the periodic billing statement for the 7647 Account for the period ending August 14, 2022.  The transaction detail reflects charges Plaintiff made to the 7647 Account after receipt of the Card Agreement and acceptance of the arbitration provision.

11.     Attached hereto as Exhibit 4 is a copy of the transaction detail reflected on the periodic billing statement for the 1307 Account for the period ending September 4, 2023.  The transaction detail reflects charges Plaintiff made to the Account after receipt of the Card Agreement and acceptance of the arbitration provision.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Executed this 28th day of February, 2025, at Atlanta, Georgia.

ANDREW GRAYOT

Exhibit "1"



# Financing available for your everyday projects and unplanned purchases

### AVAILABLE EVERY DAY



**No interest if paid in full within 6 months\*** on purchases of $299 or more. Interest will be charged to your account from the purchase date if the purchase balance is not paid in full within 6 months.



# Get the card and receive:



**UP TO 24-MONTH FINANCING**\* **DURING SPECIAL PROMOTIONS**
The more you spend, the longer you may have to pay us back.



**1-YEAR HASSLE-FREE RETURNS**
credited back to your Home Depot card.† That's 4X longer for returns, just for being a cardmember.



**SHOP IN-STORE WITHOUT YOUR CARD**
With a valid ID, we can look up your account information at checkout.



**MANAGE YOUR ACCOUNT YOUR WAY**
View, manage, and pay your account online.



**FRAUD PROTECTION GUARANTEE**
$0 liability on unauthorized charges.



**SAVE UP TO $100\*\***
on your qualifying purchase when you open a new credit card account with The Home Depot. Limited time offer.

\*See Promotion Terms inside. †Subject to The Home Depot Return Policy exceptions. **\*\*Offer is for new accounts opened in store or online, is subject to credit approval and valid for a limited time.** This offer is redeemable for either a $25 discount on a single-receipt purchase of $25 up to $299, a $50 discount on a single-receipt purchase of $300 up to $999 or a $100 discount on a single-receipt purchase of $1,000 or more within 30 days of your account open date at The Home Depot retail stores or homedepot.com when made exclusively with your The Home Depot Consumer Credit Card, The Home Depot Home Improver Card, the Pro Xtra Credit Card or The Home Depot Commercial Account. Valid in the U.S., U.S.V.I., Puerto Rico and Guam. Offer does not apply to prior purchases, The Home Depot Gift Cards or Certificates, third party gift cards, installation products or services purchased in home, Tool Rental or to Weber®, Bona®, Simplehuman®, Dacor®, Viking®, Fisher & Paykel®, Sharp Insight™, Delonghi®, Buckhaven, Lynx®, Alfresco™, OCI, Marvel®, Bertazzoni, Aga, Vent-A-Hood®, Samsung Chef Collection, Bosch Benchmark® Series, Liebherr, Zephyr, Miele, Signature Kitchen Suite, Jenn-Air®, Thermador®, JELD-WEN® Door Systems, Monogram products and trade styles. May not be combined with other discounts; ask an Associate for details.



THE HOME DEPOT
CONSUMER CREDIT CARD
IS WELCOME AT:

 **homedepot.com**

 HOME SERVICES

**homedecorators.com**

# EASY WAYS TO APPLY

 **IN STORE**
Ask an Associate for details.

 **ONLINE**
homedepot.com/credit

 **MOBILE**
homedepot.com/credit



## THE HOME DEPOT CONSUMER CREDIT CARD DISCLOSURES

| Interest Rates and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | **17.99%, 21.99%, 25.99%, or 26.99%,** based on your creditworthiness. See the Temporary Charge Pass for the purchase APR for your account. |
| How to Avoid Paying Interest on Purchases | Your due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $2.00. |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore |

| Fees | |
|---|---|
| Annual Fee | None |
| Penalty Fees | |
| • Late Payment | Up to $40 |

**How We Will Calculate Your Balance:** We use a method called "daily balance (including current transactions)." See the Card Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in the Card Agreement.

For more information call Citibank, N.A. at 1-800-677-0232 (TTY: Use 711 or other Relay Service). New York residents may contact the New York State Department of Financial Services by telephone, 1-800-342-3736 (TTY: Use 711 or other Relay Service), or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

**Protections for Active Duty Service Members and Their Dependents:** Please see the section of the Card Agreement entitled "Protections for Active Duty Service Members and Their Dependents."

**ALL CREDIT IS GRANTED AND ACCOUNTS ARE OWNED BY CITIBANK, N.A. THIS OFFER IS SUBJECT TO FINAL REVIEW AND IN SOME INSTANCES CITIBANK MAY NOT OPEN AN ACCOUNT FOR YOU.**

### TERMS AND CONDITIONS OF OFFER

- This offer is only valid for new accounts. You must be at least 18 years of age (21 years of age in Puerto Rico). If you are married, you may apply for a separate account. Citibank, N.A. ("we" or "us") is the issuer of your The Home Depot Consumer Credit Card account. Citibank, N.A. is located in Sioux Falls, SD. Credit card offers are intended for residents of, and this is not an offer for the credit card to individuals outside of the United States and its territories.
- To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. This means that we will ask for your name, address, date of birth, and other information that will allow us to identify you when you open an account. We may also ask to see your driver's license or other identifying documents; and obtain identification information about you or any authorized user you add to your account.
- We may gather information about you, including from your employer, your bank, credit bureaus, and others, to verify your identity and determine your eligibility for credit, renewal of credit, and future extensions of credit. If you ask us, we will tell you whether or not we requested a credit bureau report and the names and addresses of any credit bureaus that provided us with such reports.
- To receive a The Home Depot Consumer Credit Card, you must meet our applicable criteria bearing on creditworthiness. Your credit limit will be determined by the income you provided and a review of your debt, including the debt listed on your credit report. You will be informed of the amount of your credit limit when you receive your card. Some credit limits may be as low as $300.
- You authorize us to share with The Home Depot and its affiliates experiential and transactional information regarding your activity with us.

---

- Please see the Card Agreement for important information.
- **Notice to Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.
- **Notice to Wisconsin Residents:** No marital property agreement, unilateral statement, or court decree adversely affects our rights, unless you give us a copy of such agreement, statement or court order before we grant you credit, or we have actual knowledge of its terms before your account is opened.

### PROMOTION TERMS

**NO INTEREST IF PAID IN FULL WITHIN PROMOTIONAL PERIOD\*** on qualifying purchases. Interest will be charged to your account from the purchase date if the purchase balance is not paid in full within the promotional period.

\*With credit approval for qualifying purchases made on The Home Depot Consumer Credit Card. APR: 17.99%- 26.99%. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer valid for consumer accounts in good standing. 6 months everyday credit offer is subject to change without notice; see store for details.

©2022 Citibank, N.A.

### DEFERRED INTEREST PROMOTIONAL INFORMATION

From time to time as a The Home Depot Consumer Credit Cardholder, you may be offered special limited time only deferred interest promotional offers.

Deferred interest promotional offers include the following types of offers:

- No interest if paid in full within 6 months
- No interest if paid in full within 12 months
- No interest if paid in full within 18 months
- No interest if paid in full within 24 months

If the balance is not paid in full by the end of the promotional period, interest charges will be imposed from the purchase date at the purchase rate listed in The Home Depot Consumer Credit Card Disclosures you will be provided if you are approved for an account.

These offers are not available all the time and may be limited to specific merchandise and/or have minimum payment and purchase requirements as disclosed in the offer.

Your card agreement, the terms of the offer and applicable law govern these transactions including increasing APRs and fees and termination of the promotional period.

©2022 Citibank, N.A.

### Card Agreement

This Card Agreement is your contract with us. It governs the use of your card and account. The Home Depot Consumer Credit Card Disclosures and Temporary Charge Pass ("printout") are part of this Agreement. Please read these documents carefully. Keep these documents for your records.

### Definitions

**account** means the relationship established between you and us by this Agreement.

***APR*** means an annual percentage rate.

***authorized user*** means any person you allow to use your account.

***card*** means one or more cards or other access devices that we give you to get credit under this Agreement. This includes account numbers.

***we***, ***us***, and ***our*** mean Citibank, N.A., the issuer of your account. Citibank, N.A. is located in Sioux Falls, SD.

***you***, ***your***, and ***yours*** mean the person who applied to open the account. It also means any other person responsible for complying with this Agreement.

### Your Account

You agree to use your account in accordance with this Agreement. You must pay us for all amounts due on your account. This Agreement is binding on you unless you close your account within 30 days after receiving the card and you have not used or authorized use of the card. Your account must only be used for lawful transactions.

**Authorized Users.** You may request cards for authorized users. You must pay us for any charges they make even if you did not intend to be responsible for those charges. You agree that they may receive information about the account, subject to any limitations we impose. You must tell us if you no longer want them to use your account.

**Joint Accounts.** If this is a joint account, each of you is responsible individually and together for all amounts owed. Each of you is responsible even if the account is used by only one of you. You will continue to be liable for the entire balance of the account, even if your co-applicant is ordered by a court to pay us. You will remain liable to us if your co-applicant fails to pay as ordered by the court. Your account status will continue to be reported to the credit bureau under each of your names. The delivery of notices or billing statements to either of you serves as delivery to each of you. We may rely on instructions given by either of you. We are not liable to either of you for relying upon such instructions.

**Credit Limit.** Your initial credit limit is on the printout. After that, your credit limit appears on your billing statement. The full amount of your credit limit is available to use where the card is honored. We may reduce or increase your credit limit at any time for any reason as permitted by law. We will notify you of any change, but the change may take effect before you receive the notice. You should always keep your total balance below the credit limit. However, if the total balance goes over your credit limit you still must pay us. If your account has a credit balance, we may reduce the credit balance by any new charges on your account. You may not maintain a credit balance in excess of your credit limit.

**Billing Statement.** Your billing statement shows the New Balance. This is the total amount you owe us on the Statement Closing Date. To determine the New Balance, we begin with the total balance at the start of the billing cycle. We add any purchases. We subtract any credits or payments. We then add any interest charges or fees and make other adjustments.

Your billing statement also shows your transactions; the Minimum Payment Due and payment due date; your credit limit; and your interest charges and fees. On the billing statement, a regular purchase balance will appear under the heading "regular revolve credit plan."

We deliver a billing statement to only one address. You must notify Customer Service of a change in address. We may stop sending you statements if we deem your account uncollectible or start collection proceedings; but we may continue to add interest and fees as permitted by law.

### APRs

**Regular Purchase APR.** See printout.

**Effect of APR Increases.** If an APR increases, interest charges increase. Your minimum payment may increase as well.

### Promotions

We may offer promotional terms for all or a part of any balances. Any promotional terms may apply for a limited period of time. They will be governed by the terms of the promotional offer and this Agreement. Your promotional terms will end when the promotional period expires or, to the extent permitted by law, if you make a late payment. The promotional offer will tell you if we require a separate minimum payment on the promotional balance.

If a promotional offer is a deferred interest offer, no interest charges will be imposed on the deferred interest balance if you pay the balance in full by the end of the promotional period for that deferred interest balance. We will impose interest charges on the deferred interest balance at the APR for regular purchases from the date of purchase if you do not pay the balance in full by the end of the promotional period.

### Interest Charges Based on APRs

**Interest Charges.** We impose interest charges when we apply APRs to your account balances. We do this every day by using a daily periodic rate. To get a daily periodic rate, we divide the APR by 365.

**When Interest Charges Begin.** We begin to impose interest charges the first day we add a charge to a daily balance. The charges we add to a daily balance include purchases, interest charges and fees. We continue to impose interest charges until we credit your account with full payment of the total amount you owe us.

**Grace Period on Purchases.** You can avoid interest charges on purchases. This is called a grace period on purchases. The grace period is at least 25 days. To get a grace period on purchases, you must pay the New Balance by the payment due date every billing cycle. If you do not, you will not get a grace period until you pay the New Balance for two billing cycles in a row.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance so long as you pay the New Balance less any excluded balance, plus any separately required payment on an excluded balance, in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**Calculation of Interest Charges – Daily Balance Method (Including Current Transactions).** We calculate interest charges each billing cycle. To do this:

- We start with each of your different balances. These balances include, for example, regular purchases and different promotional balances. (When we calculate interest charges, we treat each deferred interest transaction separately even if it has the same terms as another deferred interest transaction.)
- We calculate the daily balance for each of your different balances. To get a daily balance, we start with the balance as of the end of the previous day. We add any interest charge on the previous day's balance. (This results in daily compounding of interest charges.) We add any new charges. We then subtract any new credits or payments.
- We multiply each daily balance by the daily periodic rate that applies to it. We do this for each day in the billing cycle. This gives us the daily interest charges for each of your different balances.
- We add up all the daily interest charges. The sum is the total interest charge for the billing cycle.
- You authorize us to round interest charges to the nearest cent.

When we calculate daily balances, we add a purchase as of the Transaction Date. The Transaction Date is shown on the billing statement. We subtract a payment or credit as of the day it is credited to the account and then make other adjustments. We treat a credit balance as a balance of zero.

**Minimum Interest Charge.** If we charge you interest, the charge will be no less than $2. We add the charge to the regular purchase balance or allocate it among one or more of the balances that accrues interest.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each different balance. The Balance Subject to Interest Rate is the average of the daily balances during the billing cycle. A billing cycle begins on the day after the Statement Closing Date of the previous billing cycle. It includes the Statement Closing Date of the current billing cycle.

### Fees

**Late Fee.** We may add a late fee for each billing cycle in which you have a past due payment. For late fee purposes, you have a past due payment any time you fail to pay the Minimum Payment Due by the payment due date. The fee will be $29; or $40 for any additional past due payment during the next six billing cycles after a past due payment. However, the fee will not exceed the amount permitted by law. We add this fee to the regular purchase balance.

### Payments

**Making Payments.** You may pay all or part of your account balance at any time. However, you must pay at least the Minimum Payment Due by the payment due date each billing cycle. The sooner you pay the New Balance, the less you will pay in interest charges.

We calculate the Minimum Payment Due as follows. We begin with any past due amount. We add any amount specified in a promotional offer. We add any amount required by the Promotion Calculation. We also add the largest of the following:

- The Calculated New Balance if it is less than $29;
- $29 if the Calculated New Balance is at least $29; or
- 1% of the Calculated New Balance plus the amount of your billed interest charges on that balance, any minimum interest charge allocated to that balance, and any applicable late fee. (The result is rounded up to the nearest dollar.) However, we subtract interest charges that accrued during

prior billing cycles on a deferred interest balance that ended during the billing cycle covered by the statement.

The Calculated New Balance equals the New Balance on the billing statement less balances subject to the Promotion Calculation and less any balances subject to either of two types of promotional terms. The first type are terms that do not require a minimum payment. The second type are terms that require an additional amount as part of the Minimum Payment Due.

If you have a deferred interest transaction balance subject to the Promotion Calculation, the Promotion Calculation will equal 1% of this balance during the promotion period. (The result is rounded up to the nearest cent.) After the promotion period, any such remaining promotional balance will be included in the Calculated New Balance. The Promotion Calculation will apply if, based on the amount of the transaction as shown on the first statement that displays the transaction and the dollar amount in the Minimum Payment Due calculation in effect at the time of the transaction, we determined that paying such dollar amount each billing cycle would result in repayment of the promotional balance before the end of the promotion period.

The Minimum Payment Due may reflect adjustments to the New Balance. The Minimum Payment Due is never more than the Calculated New Balance plus two amounts. The first is any amount required by a promotional offer. The second is any amount required by the Promotion Calculation.

**Application of Payments.** Payments in excess of the Minimum Payment Due are applied in accordance with law. This means that we will generally apply payments in excess of the Minimum Payment Due to higher APR balances first. However, excess payments received before a deferred interest promotion expires are applied to the deferred interest promotional balance first in the last two billing cycles of the promotional period. And, if the expiration date of a deferred interest promotion is before the payment due date in the billing cycle in which the deferred interest promotion expires, excess payments received before the deferred interest promotion expires are applied to the deferred interest promotional balance first in the last three billing cycles of the promotional period. Payments equal to or less than the Minimum Payment Due and credits are applied at our discretion and you authorize us to apply payments and credits in a way that is most favorable or convenient for us. This may include applying such payments and credits to lower APR balances first.

**Payment Instructions.** We credit your payments in accordance with our payment instructions on the billing statement. You must pay us in U.S. dollars. To do so, you must use a check, similar instrument, or electronic debit that is drawn on and honored by a bank in the U.S. Do not send cash. We can accept late or partial payments, or payments that reflect "paid in full" or other restrictive endorsements, without losing our rights. We also reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the U.S. If we do, we select the currency conversion rate. We will then credit your account in U.S. dollars after deducting any costs incurred in processing your payment. Or we may bill you separately for these costs.

**Optional Pay by Phone Service.** You may use our optional Pay by Phone Service to make your payment by phone. To do so, call us to request the service. You agree to pay us the Pay by Phone fee shown in the Pay by Phone section on the back of the billing statement when a representative of ours helps expedite your payment. Our representatives are trained to tell you this amount when you use this service.

### Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We may report account information in your name and the names of authorized users. We may also obtain follow-up credit reports on you.

If you think we reported incorrect information to a credit bureau, write us at the Customer Service address on the billing statement. We will investigate the matter. We will then tell you if we agree or disagree with you. If we agree with you, we will contact each credit bureau to which we reported and request a correction. If we disagree with you, we will tell you that.

### Information Sharing

You authorize us to share information about you as permitted by law. This includes information we get from you and others. It also includes information about your transactions with us. Please see our Privacy Notice for details about our information sharing practices.

### Changes to this Agreement

**We may change the rates, fees, and terms of this Agreement from time to time as permitted by law. The changes may add, replace, or remove provisions of this Agreement. We will give you advance written notice of the changes and a right to opt out to the extent required by law.**

### Default

You default under this Agreement if you fail to pay the Minimum Payment Due by its due date; go over your credit limit; pay by a check or similar instrument that is not honored or that we must return because it cannot be processed; pay by electronic debit that is returned unpaid; file for bankruptcy; or fail to comply with the terms of this Agreement. If you default, we may close your account and, to the extent permitted by law, demand immediate payment of the total balance.

### Refusal of the Card, Closed Accounts, and Related Provisions

**Refusal of the Card.** We do not guarantee approval of transactions. We are not liable for transactions that are not approved. That is true even if you have enough credit. We may limit the number of transactions approved in one day. If we detect unusual or suspicious activity, we may suspend your credit privileges.

**Preauthorized Charges.** We may suspend any automatic or other preauthorized card charges you arrange with a third party. We may do this if you default; if the card is lost or stolen; or we change your account for any reason. If we do this, you are responsible for paying the third party directly if you wish to do so. You are also responsible for reinstating the preauthorized charges if you wish to do so and we permit it.

**Lost or Stolen Cards or Account Numbers.** You must call us if any card or account number is lost or stolen. You must also call us if you think someone used or may use them without permission. When you call, we may require you to provide information to help our investigation. We may require you to provide this information in writing. For example, we may ask you to identify any charges that were not made by you or someone authorized by you. We may also ask you to confirm that you received no benefit from those charges.

**Closing Your Account.** You may close your account by notifying us in writing or over the phone. If you close your account, you must still repay the total balance in accordance with this Agreement. We may also close your account or suspend account privileges at any time for any reason. We may do this without

prior notice to you. We may also reissue a different card at any time. You must return any card to us upon request.

**Protections for Active Duty Service Members and Their Dependents**

**Protections.** Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). You are entitled to these protections if you are a Covered Borrower, as defined below.

**Covered Borrower.** You are a Covered Borrower if, in connection with the opening of your account, we determine you are an active duty member of the Armed Forces (including active Guard and Reserve duty) or a dependent of an active duty member. You will cease to be a Covered Borrower if we determine you are no longer an active duty member of the Armed Forces (including active Guard and Reserve duty) or a dependent of an active duty member.

**Oral Disclosures.** If you are a Covered Borrower, you may obtain information related to your account, including information about these protections and your payment obligation, by calling 1-877-625-6379 (TTY: Use 711 or other Relay Service).

**Arbitration. The section of the Card Agreement entitled "ARBITRATION" does not apply if you are a Covered Borrower at the time your account is opened.**

### ARBITRATION

*PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.*

**THIS SECTION PROVIDES THAT DISPUTES MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, HAVE A JURY TRIAL OR INITIATE OR PARTICIPATE IN A CLASS ACTION. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN IN COURT. THIS ARBITRATION PROVISION IS GOVERNED BY THE FEDERAL ARBITRATION ACT (FAA), AND SHALL BE INTERPRETED IN THE BROADEST WAY THE LAW WILL ALLOW.**

#### Covered claims

- *You or we may arbitrate* any claim, dispute or controversy between you and us arising out of or related to your account, a previous related account or our relationship (called "Claims").

- **If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.**

Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present,

or future conduct; and Claims made independently or with other claims. This also includes Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/subsidiary company.

### Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.

- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.

- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

### How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879 (TTY: Use 711 or other Relay Service). You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.

- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim, motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.

- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.

- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration

award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

### Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides your Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

### The final award

- Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

### Survival and Severability of Terms

This arbitration provision shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale of your account, or amounts owed on your account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

### Rules for rejecting this arbitration provision

You may reject this arbitration provision by sending a written rejection notice to us at: P.O. Box 790340, St. Louis, MO 63179. Your rejection notice must be mailed within 45 days of account opening. Your rejection notice must state that you reject the arbitration provision and include your name, address, account number and personal signature. No one else may sign the rejection notice. Your rejection notice will not apply to the arbitration provision(s) governing any other account(s) that you have or had with us. Rejection of this arbitration provision won't affect your other rights or responsibilities under this Agreement, including use of the account.

### Governing Law and Enforcing our Rights

**Governing Law.** Federal law and the law of South Dakota, where we are located, govern the terms and enforcement of this Agreement.

**Enforcing this Agreement.** We will not lose our rights under this Agreement because we delay in enforcing them or fail to enforce them.

**Collection Costs.** To the extent permitted by law, you are liable to us for our legal costs if we refer collection of your account to a lawyer who is not our salaried employee. These costs may include reasonable attorneys' fees. They may also include costs and expenses of any legal action.

**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party.

### For Further Information

Call us toll-free for further information. Call the toll-free Customer Service telephone number shown on the billing statement or on the back of your card. You can also call local or toll-free Directory Assistance to get our telephone number.

---

### Your Billing Rights:
#### *Keep this Document for Future Use*

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

#### *What To Do If You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

#### *What Will Happen After We Receive Your Letter*

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

#### *Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address for billing inquiries and correspondence shown on the front of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

© 2022 Citibank, N.A.

PNHDEX 03/21

## FACTS — WHAT DOES CITIBANK DO WITH YOUR PERSONAL INFORMATION?

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and employment information<br>• credit history and transaction history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Citibank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Citibank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or to report to credit bureaus | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For our nonaffiliates to market to you** | Yes | Yes |

| | |
|---|---|
| **To limit our sharing** | Call 1-877-491-0607 — our menu will prompt you through your choice(s). (TTY: Use 711 or other Relay Service)<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us any time to limit your sharing. |
| **Questions?** | Call 1-877-491-0607 or call the Customer Service number on the back of your credit card or on your billing statement. (TTY: Use 711 or other Relay Service) |

| Who we are | |
|---|---|
| **Who is providing this notice?** | This notice is provided by the retail partner cards group of Citibank, N.A., the bank that issues your credit card. |

| What we do | |
|---|---|
| **How does Citibank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Citibank collect my personal information?** | We collect your personal information, for example, when you<br>• provide account information or give us your contact information<br>• provide employment information or apply for a loan<br>• use your credit or debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes — information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you.<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include companies such as Citigroup Global Markets Inc.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include companies engaged in direct marketing and the selling of consumer products and services.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products and services to you.<br>• *Our joint marketing partners include insurance companies and other financial companies.* |

| Other important information |
|---|
| **For Vermont Residents:** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. For additional information concerning our privacy policies call 1-877-491-0607. For Speech and Hearing Impaired Customers TTY: Use 711 or other Relay Service.<br><br>**For California Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.<br><br>We may share your personal information, as permitted by law, with the retailer whose name is on your card and with the companies related to the retailer. You cannot limit this sharing.<br><br>Citi acquires and uses services provided by third parties that collect and analyze customer data. This information may be used to service your accounts and for marketing purposes. For additional information about our privacy practices please go to www.citi.com/Privacy.<br><br>Important Information about Credit Reporting<br>We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. |

| DATOS | ¿QUÉ HACE CITIBANK CON SU INFORMACIÓN PERSONAL? |
|---|---|
| ¿Por qué? | Las compañías financieras deciden cómo comparten la información personal de usted. La ley federal les otorga a los consumidores el derecho de limitar parte, pero no la totalidad, de la información que se comparte. La ley federal también exige que se le informe a usted cómo recopilamos, compartimos y protegemos su información personal. Por favor, lea este aviso con atención para entender lo que hacemos. |
| ¿Qué? | Los tipos de información personal que recopilamos y compartimos dependen del producto o servicio que tenga con nosotros. Esta información puede incluir:<br>• Número de Seguro Social e ingresos<br>• saldos de sus cuentas e historial sobre su empleo<br>• historial de crédito e historial de transacciones. |
| ¿Cómo? | Todas las compañías financieras necesitan compartir la información personal de sus clientes para llevar a cabo sus actividades comerciales diarias. En la sección a continuación, enumeramos las razones por las cuales las compañías financieras pueden compartir la información personal de sus clientes; las razones por las cuales Citibank decide compartirla; y usted puede limitar que se comparta. |

| Razones por las cuales podemos compartir su información personal | ¿Citibank comparte información? | ¿Puede usted limitar la información que compartimos? |
|---|---|---|
| A los fines de nuestras actividades comerciales diarias —tales como procesar sus transacciones, administrar su(s) cuenta(s), contestar órdenes judiciales e investigaciones legales, o informar a agencias de informes de crédito | Sí | No |
| Con fines de mercado conjunto con otras compañías financieras | Sí | No |
| A los fines de las actividades comerciales diarias de nuestras afiliadas —información sobre sus transacciones y experiencias | Sí | No |
| A los fines de las actividades comerciales diarias de nuestras afiliadas —información sobre su solvencia crediticia | Sí | Sí |
| Para que nuestras afiliadas le ofrezcan sus productos y servicios | Sí | Sí |
| Para que las compañías no afiliadas le ofrezcan sus productos y servicios | Sí | Sí |

| ¿Tiene preguntas? | Llame al 1-877-491-0607 o al número de Servicio al Cliente que se encuentra al dorso de su tarjeta de crédito o en su estado de facturación. (TTY: Use el 711 u otro servicio de relé). |
|---|---|

| Para limitar la información que se comparte | Llame al 1-877-491-0607 —nuestro menú lo orientará a través de su(s) opción(opciones). (TTY: Use el 711 u otro servicio de relé). |
|---|---|
| Tenga en cuenta lo siguiente: | Si usted es un cliente nuevo, podemos comenzar a compartir su información 30 días después de la fecha en que se le envió este aviso. Cuando usted deje de ser nuestro cliente, continuaremos compartiendo su información según lo descrito en este aviso.<br><br>Sin embargo, puede comunicarse con nosotros en cualquier momento para limitar la información que compartimos. |

| ¿Quiénes somos? | |
|---|---|
| ¿Quién proporciona este aviso? | Este aviso es proporcionado por el grupo de tarjetas de socios minoristas de Citibank, N.A. y el banco que emite su tarjeta de crédito. |

| ¿Qué hacemos? | |
|---|---|
| ¿De qué modo protege Citibank mi información personal? | A fin de proteger su información personal contra el acceso y el uso no autorizados, utilizamos medidas de seguridad que cumplen con la ley federal. Estas medidas incluyen resguardos computarizados, archivos y edificios protegidos. |
| ¿De qué modo recopila Citibank mi información personal? | Recopilamos su información personal, por ejemplo, cuando usted<br>• proporciona información sobre su empleo o solicita un préstamo<br>• utiliza su tarjeta de crédito o de débito<br>• proporciona información sobre su cuenta o nos proporciona su información de contacto.<br><br>También recopilamos su información de terceros, como agencias de informes de crédito, afiliadas u otras compañías. |
| ¿Por qué no puedo limitar todo lo que se comparte? | La ley federal le otorga el derecho de limitar únicamente<br>• que se comparta a los fines de las actividades comerciales diarias de las afiliadas —información sobre su solvencia crediticia<br>• que las afiliadas utilicen su información para ofrecerle sus productos<br>• que las compañías no afiliadas le ofrezcan sus productos y servicios a usted.<br><br>Las leyes estatales y las compañías individuales pueden ofrecerle derechos adicionales para limitar la información que se comparte. Consulte a continuación para obtener más detalles sobre sus derechos en virtud de la ley estatal. |
| ¿Qué sucede cuando limito la información que tengo con otra compañía con la que tengo en forma conjunta con otra persona? | Sus opciones se aplicarán a todas las personas en su cuenta. |

| Definiciones | |
|---|---|
| Afiliadas | Compañías relacionadas por medio de propiedad o control común. Pueden ser compañías financieras y no financieras.<br>• Nuestras afiliadas incluyen compañías como Citigroup Global Markets Inc. |
| No afiliadas | Compañías no relacionadas por medio de propiedad o control común. Pueden ser compañías financieras y no financieras.<br>• Las compañías no afiliadas con las que compartimos información pueden incluir compañías que participan en el ámbito de mercado directo y en la venta de productos y servicios para el consumidor. |
| Mercado conjunto | Un acuerdo formal entre compañías financieras no afiliadas que conjuntamente comercializan productos y servicios financieros para usted.<br>• Nuestros socios de mercado conjunto incluyen compañías de seguros y otras compañías financieras. |

**Otra información importante**

**Para los residentes de Vermont:** No divulgaremos información sobre su solvencia crediticia a nuestras afiliadas y no divulgaremos su información personal, información financiera, informe de crédito o información de salud a no afiliadas para que puedan comercializar con usted, salvo que lo permita la ley de Vermont, a menos que usted nos autorice a hacerlo. Si desea obtener información adicional en relación con nuestras políticas de privacidad, llame al 1-877-491-0607. Para clientes con dificultades auditivas o del habla: TTY: Use el 711 u otro servicio de relé.

**Para los residentes de California:** No compartiremos la información personal con afiliadas o no afiliadas, excepto según lo permitido por la ley de California, como por ejemplo, para procesar sus transacciones o administrar su cuenta.

Podemos compartir su información personal, según lo permitido por ley, con el comercio cuyo nombre aparece en su tarjeta y con las compañías relacionadas con ese comercio. Usted no puede limitar que compartamos esta información.

**Información importante sobre Informes de Crédito**

Esta información adicional sobre nuestras prácticas de privacidad, visite www.citi.com/privacy.

Podemos reportar información sobre su cuenta a agencias de informes de crédito. Es posible que los pagos con demora, los pagos no efectuados u otros incumplimientos en su cuenta se reflejen en su informe de crédito.

SPPHDEX 03/21

**Para Obtener Más Información**

Para obtener más información, llámenos sin cargo al número de Servicio al Cliente que figura en el estado de facturación o al dorso de su tarjeta. También puede llamar localmente sin cargo a la Asistencia de Directorio para obtener nuestro número de teléfono.

**Sus Derechos de Facturación:**
Conserve este Documento para Uso Futuro

Este aviso le informa sobre sus derechos y responsabilidades conforme a la Ley de Facturación Justa de Crédito "Fair Credit Billing Act".

**Qué Hacer Si Usted Encuentra un Error en Su Estado de Cuenta**

Si usted considera que existe un error en su estado de cuenta, escríbanos a la dirección para consultas sobre facturación y correspondencia que se indica en el frente de su estado de cuenta.

En su carta, proporciónenos la siguiente información:

- *Información de la cuenta:* Su nombre y número de cuenta.
- *Monto en dólares:* El monto en dólares del presunto error.
- *Descripción del problema:* Si usted considera que existe un error en su factura, describa lo que usted considera erróneo y el motivo por el cual considera que se trata de un error.

Usted deberá comunicarse con nosotros:

- En un plazo de 60 días a partir de la fecha en que el error haya aparecido en su estado de cuenta.
- Como mínimo 3 días hábiles antes de la fecha en que se encuentre programado un pago automatizado si usted desea suspender el pago del monto que considera erróneo.

Deberá notificarnos de cualquier posible error *por escrito*. Podrá llamarnos por teléfono, pero en ese caso no tendremos la obligación de investigar ningún posible error y usted podría quedar obligado a pagar el monto en cuestión.

**Qué Sucederá Después de que Recibamos su Carta**

Cuando recibamos su carta, deberemos hacer dos cosas:

1. En un plazo de 30 días de la recepción de su carta, deberemos informarle que recibimos su carta. También le informaremos si ya hemos corregido el error.
2. En un plazo de 90 días a partir de la recepción de su carta, deberemos corregir el error o explicarle a usted por qué consideramos que la factura es correcta.

Mientras investiguemos si se ha producido o no un error:

- No podremos intentar cobrar el monto en cuestión, ni reportarle a usted como deudor moroso sobre dicho monto.
- El cargo en cuestión podrá permanecer en su estado de cuenta, y podemos continuar cobrándole intereses sobre dicho monto.
- Si bien usted no tendrá la obligación de pagar el monto en cuestión, será responsable del resto de su saldo.
- Podremos aplicar cualquier monto sin pagar contra su límite de crédito.

Una vez que finalicemos nuestra investigación, sucederá una de dos cosas:

- *Si hemos cometido un error:* Usted no tendrá la obligación de pagar el monto en cuestión ni ningún tipo de intereses u otros cargos relacionados con dicho monto.
- *Si consideramos que no se ha producido un error:* Usted tendrá la obligación de pagar el monto en cuestión, junto con los intereses y cargos aplicables. Le enviaremos un estado de cuenta del monto que usted adeuda y la fecha de vencimiento del pago. Posteriormente podremos reportarle a usted como deudor moroso si usted no paga el monto que consideramos que adeuda.

Si usted recibe nuestra explicación pero igualmente considera que su factura es errónea, deberá escribirnos en un plazo de *10 días* para indicarnos que continúa negándose a pagar. En ese caso, no podremos reportarle como deudor moroso sin reportar también que usted cuestiona su factura. Deberemos informarle a usted el nombre de cualquier persona a quien le hayamos reportado a usted como deudor moroso, y deberemos informarles a dichas entidades cuando el asunto se haya solucionado entre nosotros.

Si no cumplimos todas las reglas que se indican arriba, usted no tendrá la obligación de pagar los primeros $50 del monto que usted cuestione, aunque su factura sea correcta.

**Sus derechos si usted no está satisfecho con sus compras con tarjeta de crédito**

Si usted no está satisfecho con los productos o servicios que ha comprado con su tarjeta de crédito, y ha intentado de buena fe corregir el problema con el comerciante, podría tener el derecho de no pagar el monto restante adeudado sobre la compra.

Para utilizar este derecho, deberán cumplirse los siguientes requisitos:

1. La compra deberá haberse realizado en el estado donde usted resida o en un radio de 100 millas de su dirección postal actual, y el precio de la compra deberá haber sido superior a $50. (Nota: Ninguno de estos requisitos será necesario si su compra se realizó sobre la base de un anuncio que nosotros le enviamos o usted pagó por correo postal, o si la compañía que le vendió a usted los productos o servicios es de nuestra propiedad).
2. Usted deberá haber utilizado su tarjeta de crédito para la compra. No son elegibles las compras efectuadas con adelantos en efectivo a través de un cajero automático o mediante un cheque que acceda a su cuenta de tarjeta de crédito.
3. Usted no deberá haber pagado aún la totalidad de la compra.

Si se cumplen todos los criterios que se indican arriba y usted continúa insatisfecho con la compra, comuníquese con nosotros *por escrito* a la dirección para consultas sobre facturación y correspondencia que se indica en el frente de su estado de facturación.

Durante nuestra investigación, se aplican al monto en disputa las mismas reglas que se indican arriba. Una vez que finalicemos nuestra investigación, le informaremos nuestra decisión. Si consideramos que usted adeuda un monto y usted no efectúa el pago, podremos reportarle como deudor moroso.

© 2022 Citibank, N.A.

72100 0622

## Cómo Funciona el Arbitraje

- El arbitraje será llevado a cabo por la Asociación Americana de Arbitraje (American Arbitration Association, AAA) de acuerdo con esta disposición sobre arbitraje y las correspondientes reglas de arbitraje de la AAA vigentes en el momento en que se presente el reclamo ("Reglas de la AAA"), excepto en los casos en que dichas reglas entren en conflicto con esta disposición sobre arbitraje. Usted podrá obtener copias de las Reglas de la AAA en el website de la AAA (www.adr.org) o llamando al 800-778-7879 (TTY. Use el 711 o un otro servicio de relé). Usted o nosotros podremos optar por tener una audiencia, presentándolo en cualquier audiencia por teléfono o por otros medios electrónicos, y/o que se representará en la misma ciudad correspondiente al Tribunal de Distrito de EE. UU. más cercana a su dirección de facturación.

- El arbitraje se podrá solicitar en cualquier momento, incluso en los casos en que exista una acción judicial pendiente, a menos que se haya comenzado un juicio o que se haya entablado un fallo definitivo. Ni usted ni nosotros renunciaremos al derecho de arbitraje al presentar o notificar una demanda, respuesta, reconvención, moción o descubrimiento de pruebas de una acción judicial. Para elegir el arbitraje, una de las partes podrá presentar una moción para imponer el arbitraje o en caso pendiente y/o iniciar un arbitraje mediante la presentación de los formularios requeridos de la AAA y el pago a la AAA de los cargos de presentación requeridos.

- El arbitraje será llevado a cabo por solo árbitro de conformidad con esta disposición sobre arbitraje y las Reglas de la AAA, que pueden limitar la información confidencial de cualquiera de las partes si así se lo solicita. El árbitro hará lugar a reclamos de privilegio reconocidos por la ley y tomará medidas razonables para proteger información sobre cuentas y otro tipo de información confidencial de cualquiera de las partes. El árbitro aplicará la ley sustantiva aplicable conforme a la FAA y a los estatutos de limitaciones aplicables, y tendrá el poder de otorgar compensación por daños y perjuicios o compensación de otro tipo en virtud de la ley aplicable. El árbitro declarará cualquier laudo por escrito y, si nosotros o se lo solicitamos, podrá suministrar una breve declaración de los motivos de dicho laudo. El laudo de un árbitro determinará los derechos y las obligaciones únicamente de las partes mencionadas en el arbitraje, y no tendrá ninguna relación con ninguna otra persona o disputa.

## Pago de los Cargos de Arbitraje

- Pagaremos la parte del cargo por arbitraje que le corresponda a usted por un arbitraje de Reclamos de $75,000 o menos si no se relacionan con el cobro de deudas. De lo contrario, los cargos de arbitraje se asignarán de acuerdo con las Reglas de la AAA correspondientes. Si el arbitraje resulta a favor nuestro, no podremos recuperar nuestros cargos por arbitraje a menos que el árbitro decida que su Reclamo era infundado. Todas las partes serán responsables de sus propios honorarios de abogados, honorarios de peritos y cualquier otro gasto, a menos que el árbitro le otorgue a usted o a nosotros dichos cargos de acuerdo con la ley aplicable.

---

## El Laudo Definitivo

- Cualquier laudo otorgado por un árbitro es definitivo, a menos una de las partes lo apele por escrito ante la AAA dentro de los 30 días posteriores a la notificación del laudo. La apelación del árbitro será determinada por un panel de 3 árbitros. El panel volverá a considerar todos los hechos y cuestiones legales desde el principio sobre la base de la misma evidencia presentada en el arbitraje anterior, y tomará decisiones sobre la base de un voto mayoritario. Los cargos por el árbitro correspondientes a la apelación del arbitraje se asignarán de acuerdo con las correspondientes Reglas de la AAA. El laudo otorgado por un panel de apelación es definitivo. El laudo definitivo estará sujeto a revisión judicial según lo dispuesto por la ley aplicable.

## Validez y Divisibilidad de los Términos

Esta disposición sobre arbitraje seguirá siendo válida aun después de que se hagan modificaciones en este Contrato o de la cancelación de la cuenta o de la relación entre usted y nosotros, lo cual incluya la quiebra de cualquiera de las partes y cualquier venta de su cuenta, o montos adeudados en su cuenta, a otra persona o entidad. Si se determina que alguna de las partes de esta disposición sobre arbitraje no es válida o su cumplimiento no es exigible, los demás términos continuarán en vigencia, con la excepción de que no podrá realizarse el arbitraje de un Reclamo mediante una acción de clase o representativa. Esta disposición sobre arbitraje no se podrá enmendar, separar ni eximir a excepción de lo dispuesto en este Contrato o en un acuerdo por escrito entre usted y nosotros.

## Reglas para Rechazar esta Disposición sobre Arbitraje

Usted puede rechazar esta disposición sobre arbitraje enviándonos una notificación de rechazo por escrito a: P.O. Box 790340, St. Louis, MO 63179. Su notificación de rechazo debe enviarse por correo postal en un plazo de 45 días desde la fecha de apertura de la cuenta. Su notificación de rechazo debe indicar que usted rechaza la disposición sobre arbitraje e incluir su nombre, dirección, número de cuenta y firma personal. Ninguna otra persona puede firmar la notificación de rechazo. Su notificación de rechazo no se aplicará a la(s) disposición (disposiciones) sobre arbitraje que rija(n) cualquier otra cuenta que tenga o haya tenido con nosotros. El rechazo de esta disposición sobre arbitraje no afectará sus demás derechos o responsabilidades en virtud de este Contrato, lo cual incluye el uso de la cuenta.

## Ley Aplicable y Ejercicio de Nuestros Derechos

**Ley Aplicable.** Los términos y el cumplimiento de este Contrato están regidos por las leyes federales y las leyes de South Dakota, donde estamos ubicados.

**Cumplimiento de este Contrato.** La demora u omisión por parte nuestra en el ejercicio de nuestros derechos de conformidad con este Contrato no implica que perdamos dichos derechos.

**Costos por Gestión de Cobro.** En la medida en que lo permita la ley, usted será responsable ante nosotros por nuestros costos legales si devemos el cobro de su cuenta a un abogado que no sea empleado asalariado nuestro. Estos costos podrían incluir honorarios razonables de abogados. También podrían incluir los costos y gastos de cualquier acción legal.

**Cesión.** Podemos ceder a un tercero la totalidad o cualquiera de nuestros derechos y obligaciones de conformidad con este Contrato.

contribuir con nuestra propia investigación. Podremos solicitar que suministre esta información por escrito. Podremos solicitar que identifique todos los cargos que no hayan sido realizados por usted ni por ninguna persona autorizada por usted. También podremos solicitar que confirme que no ha recibido beneficio de dichos cargos.

**Cierre de Su Cuenta.** Usted podrá cerrar su cuenta llamándonos por escrito o por teléfono. Si usted cierra su cuenta, de todos modos deberá pagar el saldo total de cuanto bajo este Contrato. También podremos cerrar su cuenta o suspender los privilegios de la cuenta en cualquier momento y por cualquier motivo. Podremos hacerlo sin suministrarle a usted un aviso previo. También podremos volver a emitir una tarjeta diferente en cualquier momento. Usted deberá devolvernos cualquier tarjeta a pedido nuestro.

**Protecciones para los miembros en servicio activo y sus dependientes**

**Protecciones.** La ley federal brinda protecciones importantes a los miembros de las Fuerzas Armadas y a sus dependientes en relación con el otorgamiento de crédito para el consumidor. En general, el costo del crédito para el consumidor para un miembro de las Fuerzas Armadas y su dependiente no puede superar una tasa de porcentaje anual del 36 por ciento. Esta tasa debe incluir, según corresponda a la cuenta o la transacción de crédito, lo siguiente: Los costos asociados con las primas del seguro de crédito; los cargos por productos complementarios que se venden en relación con la transacción de crédito; cualquier cargo por solicitud colorado (salvo determinados cargos por solicitud para cuentas o transacciones de crédito especificadas); y cualquier cargo por participación colorado (salvo determinados cargos por participación para una cuenta de tarjeta de crédito). [Reserva] tiene derecho a estas protecciones si es un Prestatario Cubierto, según se define a continuación.

**Prestatario Cubierto.** Usted es un Prestatario Cubierto si, en relación con la apertura de su cuenta, determinamos que es un miembro en servicio activo de las Fuerzas Armadas (incluido el servicio activo en la Guardia y la Reserva) o un dependiente de un miembro en servicio activo. Usted dejará de ser un Prestatario Cubierto si determinamos que ya no es un miembro en servicio activo de las Fuerzas Armadas (incluido el servicio activo en la Guardia y la Reserva) ni es un dependiente de un miembro en servicio activo.

**Divulgaciones Verbales.** Si usted es un Prestatario Cubierto, podrá obtener información relacionada con su cuenta, incluida información sobre estas protecciones y su obligación de pago, llamando al 1-877-625-6379 (TTY: Use el 711 u otro servicio de relé).

**Arbitraje. La sección del Contrato de Tarjeta titulada "ARBITRAJE" no se aplica si usted es un Prestatario Cubierto en el momento de la apertura de su cuenta.**

**ARBITRAJE**

**POR FAVOR, LEA CON DETENIMIENTO ESTA DISPOSICIÓN DEL CONTRATO.**

**ESTA SECCIÓN ESTABLECE QUE LAS DISPUTAS PODRÁN RESOLVERSE POR MEDIO DE ARBITRAJE VINCULANTE. EL ARBITRAJE REEMPLAZA EL DERECHO DE RECURRIR A UN TRIBUNAL, DE TENER UN JUICIO POR JURADO, O DE INICIAR O PARTICIPAR EN UNA ACCIÓN DE CLASE. EN UN ARBITRAJE, LAS DISPUTAS SON RESUELTAS POR UN ÁRBITRO, NO POR UN JUEZ O UN JURADO. LOS PROCEDIMIENTOS DE ARBITRAJE SON MÁS SENCILLOS Y MÁS LIMITADOS QUE EN UN TRIBUNAL. ESTA DISPOSICIÓN SOBRE ARBITRAJE ESTÁ REGIDA POR LA LEY FEDERAL DE ARBITRAJE "FEDERAL ARBITRATION ACT" (FAA), Y SE INTERPRETARÁ EN EL SENTIDO MÁS AMPLIO QUE PERMITA LA LEY.**

**Reclamos Cubiertos**

• Usted o nosotros podremos someter a arbitraje cualquier reclamo, disputa o controversia entre usted y nosotros que surja de o se relacione con su cuenta, una cuenta rechazada anterior o nuestra relación (denominados los "Reclamos").

• **Si cualquiera de las partes elige la opción de arbitraje, ni usted ni nosotros tendremos el derecho de litigar dicho Reclamo en un tribunal ni de tener un juicio por jurado sobre dicho Reclamo.**

A excepción de lo que se indica a continuación, todos los Reclamos estarán sujetos a arbitraje, no importar cuál sea la teoría legal en la que se basen ni qué tipo de recurso (daños y perjuicios, o interdicto o sentencia declaratoria) procuren obtener, lo cual incluye Reclamos basados en contratos, extracontractuales (incluida la culpa extracontractual intencional), fraude, representación de agencia, negligencia por parte a un jurado o disposiciones estatutarias o regulatorias o cualquier fuente de derecho; Reclamos efectuados como reconvenciones, contrademandas, reclamos de terceros, interpelaciones o de otro modo; Reclamos efectuados con respecto a conductas pasadas, presentes o futuras; y Reclamos efectuados en forma independiente o con otros reclamos. Esto también incluye Reclamos efectuados por o contra cualquier persona conectada con nosotros o con usted, o que reclame a través de nosotros o de usted, por ejemplo un reclame a través de nosotros o de usted, como por ejemplo un co-solicitante, usuario autorizado, un empleado, un agente, un representante o una compañía afiliada/matriz/subsidiaria.

**Límites del Arbitraje**

• Los Reclamos individuales presentados como parte de una acción de clase menor no están sujetos a arbitraje, siempre y cuando el caso permanezca en dicho tribunal para casos de cuantía menor.

• No iniciaremos un arbitraje para cobrarle a usted una deuda a menos que usted decida someter a arbitraje o a presentar un Reclamo contra nosotros. Si usted presenta un Reclamo contra nosotros, podremos decidir someterlo a arbitraje, lo cual incluye acciones para cobrarle a usted una deuda. Usted podrá someter a arbitraje en forma individual Reclamos presentados en contra de usted, lo cual incluye Reclamos para el cobro de una deuda.

• Si presentamos cualquier Reclamo como parte de una acción de clase, procuraremos únicamente en forma individual. El árbitro no tiene autoridad para arbitrar ningún reclamo sobre la base de acción de clase o representativa y podrá otorgar compensación únicamente en forma individual. Si cualquiera de las partes elige la opción de arbitraje, ni usted ni nosotros podremos llevar adelante un Reclamo como parte de una acción de clase u otra acción representativa. Los Reclamos de 2 o más personas no podrán combinarse en el mismo arbitraje. Sin embargo, los solicitantes, co-solicitantes, usuarios autorizados en una misma cuenta y/o cuentas relacionadas, o afiliados corporativos se considerarán aquí como una sola persona.

de facturación dará lugar al saldo del saldo promocional antes de la finalización del período promocional.

El Pago Mínimo Adeudado puede reflejar ajustes al Nuevo Saldo; El Pago Mínimo Adeudado nunca es superior al Nuevo Saldo Calculado más dos montos. El primero es cualquier monto requerido por una oferta promocional. El segundo es cualquier monto requerido por el Cálculo de la Promoción.

**Aplicación de Pagos.** Los pagos que excedan el Pago Mínimo Adeudado se aplican de conformidad con la ley. Esto significa que generalmente aplicaremos los pagos que excedan el Pago Mínimo Adeudado primero a los saldos con tasas APR más altas. Sin embargo, los pagos excedentes recibidos antes del vencimiento de una promoción de intereses diferidos se aplican primero al saldo de la promoción de intereses diferidos. Los pagos que sean menores o iguales al Pago Mínimo Adeudado y los créditos se aplican a nuestro entero criterio, lo que nos autoriza a aplicar pagos y créditos de la manera que nos resulte más favorable o conveniente. Esto puede incluir la aplicación de dichos pagos y créditos en primer lugar a los saldos con tasas APR más bajas.

**Instrucciones de Pago.** Acreditamos sus pagos de conformidad con nuestras instrucciones de pago que se indican en el estado de facturación. Usted deberá pagarnos en dólares estadounidenses. Para hacerlo, deberá usar un cheque, instrumento similar o débito electrónico librado y aceptado por un banco en Estados Unidos. No envíe dinero en efectivo. Podemos aceptar pagos con demora o parciales, o pagos que reflejen en dólares de "pagado en su totalidad", o otro tipo de endosos restrictivos, sin perder nuestros derechos. También nos reservamos el derecho de aceptar pagos realizados en moneda extranjera e instrumentos librados sobre fondos en depósito fuera de EE. UU. Si lo hacemos, seleccionaremos la tasa de conversión de moneda. Luego acreditaremos su cuenta en dólares después de deducir los costos incurridos en el procesamiento de su pago. O bien, podemos facturarle dichos costos en forma separada.

**Servicio Opcional de Pago (Pay by Phone).** Usted puede utilizar nuestro Servicio opcional de Pago por Teléfono (Pay by Phone) para efectuar sus pagos por teléfono. Para hacerlo, llámenos a fin de solicitar el servicio. Usted acepta pagarnos el cargo correspondiente al Pago por Teléfono (Pay by Phone) que se indica en la sección titulada Pago por Teléfono (Pay by Phone) cuando figura el desglose del estado de facturación cuando un representante nuestro ayude a acelerar su pago. Nuestros representantes están capacitados para informarle de este monto cuando usted utilice este servicio.

**Informes de Crédito**

Podemos reportar información sobre su cuenta a agencias de informes de crédito. Es posible que los pagos con retraso, los pagos no efectuados u otros incumplimientos en su cuenta se reflejen en su informe de crédito. Podemos proporcionarle información a una agencia de informes de usuarios autorizados. También podemos obtener informes de crédito de seguimiento sobre su persona.

Si usted considera que hemos suministrado información incorrecta a una agencia de informes de crédito, escríbanos a la dirección postal de Servicio al Cliente que se indica en el reverso de su estado de facturación. Investigaremos el asunto. Luego le comunicaremos si estamos de acuerdo o en desacuerdo con usted. Si estamos de acuerdo con usted, nos comunicaremos con cada agencia de informes de crédito a la que hayamos suministrado informes y solicitaremos una corrección. Si estamos en desacuerdo con usted, se lo informaremos.

**Intercambio de Información**

Usted nos autoriza a compartir información sobre su persona según lo permitido por la ley. Esto incluye información suministrada por usted y por terceros. También incluye información sobre sus transacciones con nosotros. Por favor, consulte nuestro Aviso de Privacidad para conocer los detalles sobre nuestras prácticas de intercambio de información.

**Modificaciones a este Contrato**

Podemos modificar las tasas, los cargos o los términos de este Contrato ocasionalmente según lo permitido por la ley. Las modificaciones podrán agregar, reemplazar o eliminar disposiciones de este Contrato. Le suministraremos a usted en forma anticipada un aviso por escrito con respecto a las modificaciones y al derecho de exclusión en la medida en que lo exija la ley.

**Incumplimiento**

Usted incurrirá en incumplimiento si no efectúa su Pago Mínimo Adeudado en o antes de la fecha de vencimiento; si excede su límite de crédito; si paga mediante un cheque o instrumento similar que no sea aceptado o que nosotros debamos devolver porque no puede ser procesado; si paga mediante un débito electrónico que se devuelva sin pagar; si se declara en quiebra, o si no cumple con los términos de este Contrato. Si usted incurre en incumplimiento, podremos cerrar su cuenta y, en la medida en que lo permita la ley, exigir el pago inmediato del saldo total.

**Denegación de la Tarjeta, Cuentas Cerradas y Disposiciones Relacionadas**

**Denegación de la Tarjeta.** No garantizamos la aprobación de las transacciones. No asumiremos ninguna responsabilidad por las transacciones que no sean aprobadas. Esto se aplicará aunque usted tenga crédito suficiente. Podremos limitar el número de transacciones aprobadas en un mismo día. Si detectamos actividad inusual o sospechosa, podremos suspender sus privilegios de crédito.

**Cargos Previamente Autorizados.** Podremos suspender cualquier cargo automático u otro cargo de tarjeta previamente autorizado que usted disponga con un tercero. Podremos hacer esto si usted incurre en incumplimiento; si se pierde o le roban la tarjeta, o si modificamos su cuenta por cualquier motivo. Si lo hacemos, usted será responsable de pagarle al tercero directamente si así lo desea. Usted también será responsable de restablecer los cargos previamente autorizados si así lo desea y si lo permitimos.

**Pérdida o Robo de Tarjetas o Números de Cuenta.** Usted deberá llamarnos en caso de pérdida o robo de cualquier tarjeta o número de cuenta. También deberá llamarnos si cree que alguien los ha utilizado o podría utilizarlos sin permiso. Cuando llame, podremos solicitarle que suministre información para

**Saldo Sujeto a Tasa de Interés.** Su estado de cuenta indica un Saldo Sujeto a Tasa de Interés. Indica este dato para cada saldo diferente. El Saldo Sujeto a Tasa de Interés se calcula para cada saldo diario durante el ciclo de facturación. Un ciclo de facturación comienza el día posterior a la Fecha de Cierre del Estado de Cuenta del ciclo de facturación anterior. Incluye la Fecha de Cierre del Estado de Cuenta del ciclo de facturación actual.

**Cargos**

**Cargo por Demora.** Podremos cobrarle un cargo por demora por cada ciclo de facturación en el que usted tenga un pago vencido. A los fines del cargo por demora, usted tendrá un pago vencido toda vez que no efectúe el Pago Mínimo Adeudado en o antes de la fecha de vencimiento de pago. El cargo será de $29, o de $40 por cualquier pago vencido adicional durante los siguientes seis ciclos de facturación posteriores a un pago vencido. Sin embargo, el cargo no superará el monto permitido por ley. Sumamos este cargo al saldo de compras regulares.

**Pagos**

**Cómo Efectuar Pagos.** Usted puede pagar la totalidad o una parte del saldo de su cuenta en cualquier momento. Sin embargo, en cada ciclo de facturación, usted debe pagar al menos el Pago Mínimo Adeudado en o antes de la fecha de vencimiento de pago. Cuando pague antes el Nuevo Saldo, menos deberá pagar en cargos por intereses.

Calcularemos el Pago Mínimo Adeudado de la siguiente manera. Comenzaremos con cualquier monto vencido. Sumamos cualquier monto especificado en una oferta promocional. Sumamos cualquier monto requerido por el Cálculo de la Promoción. También sumamos una de las siguientes opciones, la que sea mayor:

- El Nuevo Saldo Calculado, si es inferior a $29.
- $29 si el Nuevo Saldo Calculado es de $29 como mínimo; o bien
- El 1% del Nuevo Saldo Calculado más el monto de sus cargos por intereses facturados sobre dicho saldo, todo cargo mínimo por intereses asignado a dicho saldo y los cargos por demora correspondientes. (El resultado se redondea hacia abajo hasta el dólar más cercano). Sin embargo, restamos los cargos por intereses que se hayan acumulado durante el ciclo de facturación anterior sobre un saldo de intereses diferidos que haya finalizado durante el ciclo de facturación cubierto por el estado de facturación.

El Nuevo Saldo Calculado es equivalente al Nuevo Saldo que se indica en el estado de facturación menos cualquier saldo sujeto al Cálculo de la Promoción y menos cualquier saldo sujeto a cualquiera de los dos tipos de términos promocionales. El primer tipo corresponde a términos que no requieren un pago mínimo. El segundo tipo corresponde a términos que requieren un monto adicional como parte del Pago Mínimo Adeudado.

Si usted tiene un saldo de una transacción con intereses diferidos sujeto al Cálculo de la Promoción, el Cálculo de la Promoción será equivalente al 1% de este saldo durante el periodo promocional. (El resultado se redondea hacia arriba hasta el centavo más cercano). Después del periodo promocional, cualquier saldo promocional restante se incluirá en el Nuevo Saldo Calculado. El Cálculo de la Promoción se aplicará a la base del monto de la transacción según se indica en el primer estado de cuenta donde aparece la transacción y el monto en dólares del cálculo del Pago Mínimo Adeudado vigente en el momento de la transacción, determinamos que pagar dicho monto en dólares en cada ciclo

**Cálculo de Cargos por Intereses: Método de Saldo Diario (Incluidas las Transacciones Actuales).** Calculamos los cargos por intereses en cada ciclo de facturación. Para hacerlo:

- Comenzamos con cada uno de sus saldos diferentes. Estos saldos incluyen, por ejemplo, compras regulares y diferentes saldos promocionales. (Cuando calculamos los cargos por intereses, consideramos por separado cada transacción con intereses diferidos, incluso si tiene los mismos términos que otra transacción con intereses diferidos).
- Calculamos el saldo diario para cada uno de sus saldos diferentes. Para obtener un saldo diario, comenzamos con el saldo a partir de la finalización del día anterior. Sumamos todos los cargos por intereses al saldo del día anterior. (Esto da como resultado la capitalización diaria de los cargos por intereses). Sumamos todos los cargos por intereses, créditos o pagos nuevos.
- Multiplicamos cada saldo diario por la tasa periódica diaria que se le aplica. Hacemos esto para cada día del ciclo de facturación. Esto nos da los cargos por intereses diarios correspondientes a cada uno de sus saldos diferentes.
- Sumamos todos los cargos por intereses diarios. La suma es el cargo total por intereses correspondiente al ciclo de facturación.
- Usted nos autoriza a redondear al centavo más cercano.

Cuando calculamos saldos diarios, agregamos una compra a la Fecha de Transacción. La Fecha de Transacción se indica en el estado de facturación. Restamos un pago o un crédito el día que se acredita a la cuenta y luego realizamos otros ajustes. Consideramos un saldo acreedor a favor como saldo de cero.

**Cargo mínimo por intereses.** Si le cobramos a usted intereses, el cargo no será inferior a $2. Sumamos el cargo al saldo de compras regulares o lo distribuimos entre uno o más de los saldos que acumulen intereses.

vencimiento de pago en cada ciclo de facturación. Si no lo hace, no obtendrá un periodo de gracia hasta que pague el Nuevo Saldo durante dos ciclos de facturación consecutivos.

Si usted tiene un saldo sujeto a una promoción de intereses diferidos y dicha promoción no vence antes de la fecha de vencimiento de pago, ese saldo (un "saldo excluido") queda excluido del monto que usted debe pagar en su totalidad para obtener un periodo de gracia sobre un saldo de compras, que no sea un saldo excluido. Sin embargo, de todos modos deberá efectuar cualquier pago requerido por separado sobre el saldo promocional excluido. En los ciclos de facturación en los cuales los pagos se asignan primero a un saldo de intereses diferidos, el saldo de intereses diferidos se reducirá antes que cualquier otro saldo en la cuenta. No obstante, usted seguirá obteniendo un periodo de gracia para compras, que no sea un saldo excluido, siempre y cuando pague para gracia para compras. Más cualquier pago requerido el Nuevo Saldo menos cualquier saldo excluido, por separado sobre un saldo excluido, en su totalidad en o antes de la fecha de vencimiento de pago en cada ciclo de facturación.

Además, algunas ofertas promocionales podrán eliminar el periodo de gracia para compras. Otras ofertas promocionales que no se describen arriba también podrían permitirle obtener un periodo de gracia para compras sin tener que pagar la totalidad a partir del saldo promocional en o antes de la fecha de vencimiento de pago. En cualquiera de los dos casos, la oferta promocional describirá los detalles.

**Definiciones**

**Cuenta** significa la relación establecida entre usted y nosotros mediante este Contrato.

**APR** significa una tasa de porcentaje anual.

**Usuario Autorizado** significa cualquier persona a quien usted le permita utilizar su cuenta.

**Tarjeta** significa una o más tarjetas u otros instrumentos de acceso que nosotros le proporcionamos a usted para obtener crédito en virtud de este Contrato. Esto incluye los números de cuenta.

**Nosotros, nos y nuestro(a)** hacen referencia a Citibank, N.A., el emisor de su cuenta. Citibank, N.A. está ubicado en Sioux Falls, SD.

**usted, su(s) y suyo(a) o suyos(as)** hacen referencia a la persona que solicite la apertura de la cuenta. También hacen referencia a cualquier otra persona responsable de cumplir con este Contrato.

**Su Cuenta**

Usted acepta utilizar su cuenta de conformidad con este Contrato. Usted deberá pagarnos todos los montos adeudados en su cuenta. Este Contrato es vinculante para usted, a menos que usted cierre su cuenta en un plazo de 30 días después de recibir la tarjeta y que no haya utilizado ni autorizado el uso de la tarjeta. Su cuenta deberá utilizarse únicamente para transacciones legales.

**Usuarios Autorizados.** Usted podrá solicitar tarjetas para usuarios autorizados. Usted deberá pagarnos los cargos que ellos generen aunque no haya tenido la intención de ser responsable de dichos cargos. Usted acepta que ellos podrán recibir información sobre la cuenta, con sujeción a cualquier limitación que nosotros impongamos. Deberá informarnos si ya no desea que ellos utilicen su cuenta.

**Cuentas Conjuntas.** Si ésta es una cuenta conjunta, cada uno de ustedes es responsable en forma individual y conjunta de todos los montos adeudados. Cada uno de ustedes es responsable aunque la cuenta sea utilizada por uno solo de ustedes. Usted continuará siendo responsable de la totalidad del saldo de la cuenta, aun si un tribunal le ordena a su co-solicitante que pague. Usted continuará siendo responsable ante nosotros si su co-solicitante no nos paga según lo ordenado por el tribunal. El estatus de su cuenta continuará siendo reportado a la agencia de informes de crédito con cada uno de los nombres de ustedes. La entrega de avisos o estados de facturación a cualquiera de ustedes sirve como entrega a cada uno de ustedes. No seremos responsables ante ninguno de ustedes por ampararnos en dichas instrucciones.

**Límite de Crédito.** Su límite de crédito inicial se indica en la copia impresa. Periódicamente, su límite de crédito aparece en su estado de facturación. El monto total de su límite de crédito está disponible para utilizarlo donde se acepte su tarjeta. Usted deberá mantener siempre su saldo total por debajo del límite de crédito. Sin embargo, si el saldo total excede su límite de crédito, aun así deberá pagarnos. Si su cuenta tiene un saldo acreedor o a favor, podremos reducir el saldo acreedor o a favor en la cantidad de cualquier nuevo cargo en su cuenta. Usted no podrá mantener un saldo acreedor o a favor que exceda su límite de crédito.

**Estado de Facturación.** Su estado de facturación indica el Nuevo Saldo. Este es el monto total que nos adeuda en la Fecha de Cierre del Estado de Cuenta. Para determinar el Nuevo Saldo, comenzamos con el saldo total al comienzo del ciclo de facturación. Sumamos todas las compras, Préstamos todos los créditos o pagos. Luego sumamos todos los cargos por intereses u otros cargos y realizamos otros ajustes.

Su estado de facturación también indica sus transacciones, el Pago Mínimo adeudado y la fecha de vencimiento de pago, su límite de crédito y sus cargos por intereses y otros cargos. En el estado de facturación, un saldo por pagar aparecerá bajo el título "plan de crédito rotativo regular".

Entregamos un estado de facturación a una sola dirección. Usted deberá notificar cualquier cambio de dirección a Servicio al Cliente. Podremos dejar de enviarle estados de cuenta si consideramos su cuenta como incobrable o iniciamos procedimientos de cobro, pero podremos continuar agregando intereses y cargos según lo permita la ley.

**Tasa de Porcentaje Anual (APR)**

**Tasa APR para Compras Regulares.** Ver la inscripción.

**Efecto de los Aumentos de la Tasa APR.** Si aumenta una tasa APR, aumentan los cargos por intereses. Su cargo mínimo también podría aumentar.

**Promociones**

Podremos ofrecer términos de tiempo promocionales para la totalidad o parte de cualquier saldo. Todos los términos promocionales podrían aplicarse durante un período limitado. Dichos términos promocionales se regirán por los términos de la oferta promocional y por este Contrato. Sus términos promocionales finalizarán cuando venza el período promocional, o bien en la medida en que lo permita la ley, si usted efectúa un pago con demora. La oferta promocional le informará en caso de que exijamos un pago mínimo por separado sobre el saldo promocional.

Si una oferta promocional es una oferta de intereses diferidos, no se importarán cargos por intereses sobre el saldo de intereses diferidos si usted paga el saldo en su totalidad en o antes de la finalización del período promocional correspondiente a dicho saldo de intereses diferidos. Importaremos cargos por intereses sobre el saldo de intereses diferidos a la tasa APR para compras regulares desde la fecha de compra si usted no paga el saldo en su totalidad en o antes de la finalización del período promocional.

**Cargos por Intereses Basados en Tasas APR**

**Cargos por Intereses.** Imponemos cargos por intereses cuando aplicamos tasas APR a los saldos de su cuenta. Lo hacemos todos los días usando una tasa periódica diaria. Para obtener una tasa periódica diaria, dividimos la tasa APR por 365.

**Cuándo Comienzan los Cargos por Intereses.** Comenzamos a imponer cargos por intereses el primer día en que agreguemos un cargo a un saldo diario. Los cargos que agregamos a un saldo diario incluyen compras, cargos por intereses y otros cargos. Continuamos imponiendo cargos por intereses hasta que acreditamos a su cuenta el pago completo del monto total que usted nos adeuda.

**Período de Gracia para Compras.** Usted puede evitar los cargos por intereses sobre las compras. Esto se denomina período de gracia para compras. El período de gracia es de por lo menos 25 días. Para obtener un período de gracia para compras, deberá pagar el Nuevo Saldo en o antes de la fecha de gracia para compras.

# DIVULGACIONES DE LA TARJETA DE CRÉDITO THE HOME DEPOT PARA EL CONSUMIDOR

| Tasas de Interés y Cargos por Intereses | |
|---|---|
| Tasa de Porcentaje Anual (APR) para compras | **17.99%, 21.99%, 25.99%, ó 26.99%,** según su solvencia crediticia. Consulte el pase provisional para cargos para conocer la tasa APR sobre compras para su cuenta. |
| Cómo evitar el pago de intereses sobre las compras | Su fecha de vencimiento es como mínimo 25 días después del cierre de cada ciclo de facturación. No le cobraremos intereses sobre compras si usted paga la totalidad de su saldo en la fecha de vencimiento cada mes. |
| Cargo mínimo por intereses | Si le cobran intereses, el cargo mínimo no será inferior a $2.00. |
| Para orientación sobre tarjetas de crédito de la Oficina de Protección Financiera para el Consumidor | Para obtener más información sobre los factores que debe considerarse al solicitar o utilizar una tarjeta de crédito, visite el website de la Oficina de Protección Financiera para el Consumidor ingresando en http://www.consumerfinance.gov/learnmore |

| Cargos | |
|---|---|
| Cuota anual | Ninguna |
| **Cargos por penalidad** | |
| • Pago con demora | Hasta $40 |

**Cómo calcularemos su saldo:** Utilizamos un método denominado "saldo diario (incluidas las transacciones actuales)". Consulte el Contrato de la Tarjeta para obtener más detalles.

**Derechos de facturación:** El Contrato de la Tarjeta proporciona información sobre sus derechos a disputar transacciones y cómo ejercer dichos derechos.

Para obtener más información llame a Citibank, N.A. al 1-800-677-0232 (TTY: Use el 711 u otro servicio de relé). Los residentes de Nueva York podrían comunicarse con el Departamento de Servicios Financieros del Estado de Nueva York por teléfono al 1-800-342-3736 (TTY: Use el 711 u otro servicio de relé) o visitar su website, www.dfs.ny.gov, para obtener sin cargo información sobre comparación de tasas, cargos y períodos de gracia de tarjetas de crédito.

Protecciones para los miembros en servicio activo y sus dependientes: Consulte la sección del Contrato de Tarjeta titulada "Protecciones para los miembros en servicio activo y sus dependientes".

## TÉRMINOS Y CONDICIONES DE LA OFERTA

CITIBANK, N.A. OTORGA TODO CRÉDITO Y ES PROPIETARIO DE LAS CUENTAS. ESTA OFERTA ESTÁ SUJETA A UNA REVISIÓN FINAL Y, EN ALGUNOS CASOS, ES POSIBLE QUE CITIBANK NO ABRA UNA CUENTA A SU NOMBRE.

• Esta oferta es válida para cuentas nuevas únicamente. Usted tiene por lo menos 18 años de edad (21 años, si es en Puerto Rico). Si está casado, puede solicitar una cuenta separada. Citibank, N.A. ("nosotros" o "nos") es el emisor de su cuenta de la Tarjeta de Crédito The Home Depot para el Consumidor. Citibank, N.A. está localizado en Sioux Falls, SD. Las ofertas de tarjeta de crédito están destinadas para los residentes de los Estados Unidos y sus territorios, y esto no es una oferta a la tarjeta de crédito para personas afuera de ellos.

• Para ayudar al gobierno a combatir el financiamiento del terrorismo y las actividades de lavado de dinero, las leyes federales exigen a todas las instituciones financieras obtener, verificar y registrar la información que identifica a cada persona que abre una cuenta. Esto significa que al preferirnos su nombre, dirección, fecha de nacimiento y otra información que nos permita identificarle cuando abra una cuenta. También podremos pedirle ver su licencia de conducir u otros documentos que permitan su identificación, y obtener información de identificación acerca de cualquier usuario autorizado que agregue a su cuenta.

• Podemos recopilar información sobre usted, incluyendo de su empleador, sus bancos, agencias de crédito, y otros, para verificar su identidad y determinar su elegibilidad para obtener crédito, renovación de crédito y extensiones futuras de crédito. Si nos pregunta, le informaremos si hemos solicitado un informe de crédito y las agencias de crédito, y los nombres y direcciones de cualquier agencia de crédito que nos proveyera con dichos informes. The Home Depot para el Consumidor, usted está de acuerdo en que cumplirá con nuestros criterios de solvencia crediticia. Su límite de crédito se determinará mediante los ingresos que usted/disponga y una revisión de su deuda, incluida la deuda indicada en su informe de crédito. Se le informará el monto de su límite de crédito cuando reciba la tarjeta. Algunos límites de crédito podrán ser de tan solo $300.

© 2022 Citibank, N.A.

---

• Usted nos autoriza a compartir con The Home Depot y sus afiliadas, su información de experiencia y de transacciones con nosotros.

• Por favor vea el Contrato de la Tarjeta para información importante.

• **Notificación a los Residentes de Ohio:** Las leyes del estado de Ohio en contra de la discriminación requieren que todo acreedor haga disponible el crédito equitativamente a favor de todos los clientes solventes, y que las agencias de crédito mantengan historiales de crédito separados sobre cada individuo según solicitado. La Comisión para los Derechos Civiles del Estado de Ohio ("Ohio Civil Rights Commission") vigila el cumplimiento de esta ley.

• **Notificación a Residentes de Wisconsin:** Ningún acuerdo, orden o decisión de la corte afectará la propiedad matrimonial, declaración unilateral o decisión de la corte afectará adversamente nuestros derechos, a menos que usted nos provea copia de dicho acuerdo, declaración u orden de la corte antes de que se le brindarse el crédito, o que le tengamos conocimiento del tal términos antes de que su cuenta sea abierta.

**TÉRMINOS DE LA PROMOCIÓN SIN INTERESES SI LA TOTALIDAD DEL PAGO SE EFECTÚA DENTRO DEL PERÍODO PROMOCIONAL\*** en compras elegibles. Se cargarán a su cuenta intereses a partir de la fecha de la compra si el saldo de compras no se paga en su totalidad dentro del período promocional.

\* Con aprobación de crédito para compras elegibles realizadas con la Tarjeta de Crédito The Home Depot para el Consumidor. Tasa APR desde 17.99% hasta 26.99%. Cargo mínimo por intereses $2. Vea más detalles en el contrato de la tarjeta, incluida la tasa APR aplicable a usted. Oferta válida para cuentas del consumidor en buenos términos. La oferta de crédito de todos los días de 6 meses está sujeta a cambiar sin previo aviso, consulte detalles en la tienda.

## Información Promocional de Intereses Diferidos

Ocasionalmente, por ser tarjetahabiente de la Tarjeta de Crédito The Home Depot para el Consumidor, ofrecerle ofertas promocionales de intereses diferidos especiales solo por tiempo limitado. Las ofertas promocionales de intereses diferidos incluyen los siguientes tipos de ofertas:

• Sin interés si la totalidad del pago se efectúa en un plazo de 6 meses
• Sin interés si la totalidad del pago se efectúa en un plazo de 12 meses
• Sin interés si la totalidad del pago se efectúa en un plazo de 18 meses
• Sin interés si la totalidad del pago se efectúa en un plazo de 24 meses

Si el saldo no se paga en su totalidad en la fecha de finalización del período promocional o si realizó cargos por intereses a partir de la fecha de la compra promocional. El importante cargos por intereses a partir de la fecha de la compra a la tasa para compras indicada en las Divulgaciones de la Tarjeta de Crédito The Home Depot para el Consumidor que se le proporcionarán si recibe la aprobación para una cuenta.

Estas ofertas se encuentran disponibles todo el tiempo y pueden limitarse a mercancías específicas y/o pueden tener requisitos de compra y/o pago mínimo que su totalidad en la fecha de finalización del período promocional. Su contrato de tarjeta, los términos de la oferta y la ley aplicable rigen estas transacciones, incluidas los aumentos de las tasas APR y sus cargos, así como también la finalización del período promocional.

© 2022 Citibank, N.A.

## Contrato de Tarjeta

Este Contrato de Tarjeta constituye su contrato con nosotros. Rige el uso de su tarjeta y de su cuenta. The Home Depot para el Consumidor y el Pase Provisional para Cargos ("Impresión") forman parte de este Contrato. Lea estos documentos con atención. Conserve estos documentos para sus registros.



# MANERAS FÁCILES DE PRESENTAR LA SOLICITUD



**EN LA TIENDA**
Pregunte los detalles a un Asociado.

**POR INTERNET**
homedepot.com/credit

**POR DISPOSITIVO MÓVIL**
homedepot.com/credit

## LA TARJETA DE CRÉDITO THE HOME DEPOT PARA EL CONSUMIDOR ES ACEPTADA EN:

homedepot.com

THE HOME DEPOT

HOME SERVICES

homedecorators.com



72100 0622 (RPL) vf.indd   36-37



# Financiamiento disponible para sus proyectos de todos los días y para compras inesperadas

**DISPONIBLE TODOS LOS DÍAS**



**Sin intereses si la totalidad del pago se efectúa en un plazo de 6 meses\*** en compras de $299 o más. Se cargarán a su cuenta intereses a partir de la fecha de la compra si el saldo de compras no se paga en su totalidad en un plazo de 6 meses.

# Obtenga la tarjeta y reciba:



**FINANCIAMIENTO HASTA 24 MESES: DURANTE LAS PROMOCIONES ESPECIALES** Cuanto más gaste, más tiempo podrá tener para pagarnos.



**1 AÑO DE DEVOLUCIONES SIN COMPLICACIONES** que se acreditan a su tarjeta Home Depot: Eso equivale a 4 veces más tiempo para hacer devoluciones, por el solo hecho de ser tarjetahabiente.



**COMPRE EN LA TIENDA SIN SU TARJETA** Con una identificación válida, podemos buscar la información de su cuenta en la línea de cajas.



**ADMINISTRE SU CUENTA A SU MANERA** Vea, administre y pague su cuenta por Internet.



**PROTECCIÓN CONTRA FRAUDE GARANTIZADA** $0 de responsabilidad en compras no autorizadas.



**AHORRE HASTA $100\*\*** en su compra elegible cuando abra una nueva cuenta de tarjeta de crédito con The Home Depot. Oferta por tiempo limitado.

\*Consulte en el interior los Términos de la Promoción. Sujeto a la Política de Devoluciones de The Home Depot. \*\*La oferta es para cuentas nuevas que se abran en la tienda, está sujeta a aprobación de crédito y es válida por tiempo limitado. Esta oferta es canjeable en una compra de un solo día por un descuento de $25 en una compra de $25 hasta $299; por un descuento de $50 en una compra de $300 hasta $999; o por un descuento de $100 en una compra de $1,000 o más, dentro de los 30 días posteriores a la fecha de apertura de su cuenta realizada en tiendas al detalle The Home Depot o en homedepot.com con su Tarjeta de Crédito The Home Depot para el Consumidor, la Tarjeta The Home Depot Home Improver, la Tarjeta de Crédito de Pro Xtra, o la Cuenta Comercial The Home Depot. Válida en EE. UU., las Islas Vírgenes de EE. UU., Puerto Rico y Guam. La oferta no se aplica a compras anteriores, a tarjetas de regalo de The Home Depot, a tarjetas o Certificados de Regalo de terceros, a productos o servicios de instalación adquiridos en el hogar, a Alquiler de Herramientas, ni a productos y estilos de comercialización Weber®, Bora®, SimpliSafe®, Dacor®, Viking®, Fisher & Paykel®, Sharp Insight™, Delonghi™, Buckhaven, Lynx®, Alfresco™, OCI, Marvel®, Bertazzoni, Aga, Vent-A-Hood®, Samsung Chef Collection, Bosch Benchmark® Series, Liebherr, Zephyr, Miele, Signature Kitchen Suite, Jenn-Air®, Thermador™, JELD-WEN® Door Systems y Monogram. No se puede combinar con otros descuentos, pregunte los detalles a un Asociado.



Exhibit "2"



tweyen

**Job Number:**
HD220273

**Description:**
Consumer Applications –
Bilingual Application

**SPECIFICATIONS:**

*Flat size:*
7.75" x 8.375"

*Colors (this page):*
C   M   Y   K
Pantone 165

**Tweyen Inc.**
320 W. Northwest Highway
Arlington Heights, IL 60004
(847) 749-0143

# Financing available for your everyday projects and unplanned purchases

### AVAILABLE EVERY DAY



**No interest if paid in full within 6 months\*** on purchases of $299 or more. Interest will be charged to your account from the purchase date if the purchase balance is not paid in full within 6 months.



# Get the card and receive:



**UP TO 24-MONTH FINANCING\*
DURING SPECIAL PROMOTIONS**
The more you spend, the longer you may have to pay us back.



**1-YEAR HASSLE-FREE RETURNS**
credited back to your Home Depot card.†
That's 4X longer for returns, just for being a cardmember.



**SHOP IN-STORE
WITHOUT YOUR CARD**
With a valid ID, we can look up your account information at checkout.



**MANAGE YOUR
ACCOUNT YOUR WAY**
View, manage, and pay your account online.



**FRAUD PROTECTION
GUARANTEE**
$0 liability on unauthorized charges.



**SAVE UP TO $100\*\***
on your qualifying purchase when you open a new credit card account with The Home Depot. Limited time offer.

\*See Promotion Terms inside. †Subject to The Home Depot Return Policy exceptions. **\*\*Offer is for new accounts opened in store or online, is subject to credit approval and valid for a limited time.** This offer is redeemable for either a $25 discount on a single-receipt purchase of $25 up to $299, a $50 discount on a single-receipt purchase of $300 up to $999 or a $100 discount on a single-receipt purchase of $1,000 or more within 30 days of your account open date at The Home Depot retail stores or homedepot.com when made exclusively with your The Home Depot Consumer Credit Card, The Home Depot Home Improver Card, the Pro Xtra Credit Card or The Home Depot Commercial Account. Valid in the U.S., U.S.V.I., Puerto Rico and Guam. Offer does not apply to prior purchases, The Home Depot Gift Cards or Certificates, third party gift cards, installation products or services purchased in home, Tool Rental or to Weber®, Bona®, Simplehuman®, Dacor®, Viking®, Fisher & Paykel®, Sharp Insight™, Delonghi®, Buckhaven, Lynx®, Alfresco™, OCI, Marvel®, Bertazzoni, Aga, Vent-A-Hood®, Samsung Chef Collection, Bosch Benchmark® Series, Liebherr, Zephyr, Miele, Signature Kitchen Suite, Jenn-Air®, Thermador®, JELD-WEN® Door Systems, Monogram products and trade styles. May not be combined with other discounts; ask an Associate for details.



**THE HOME DEPOT CONSUMER CREDIT CARD IS WELCOME AT:**

homedepot.com

HOME SERVICES

homedecorators.com

# EASY WAYS TO APPLY

**IN STORE**
Ask an Associate for details.

**ONLINE**
homedepot.com/credit

**MOBILE**
homedepot.com/credit











## THE HOME DEPOT CONSUMER CREDIT CARD DISCLOSURES

### Interest Rates and Interest Charges

| | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | **17.99%, 21.99%, 25.99%, or 26.99%,** based on your creditworthiness.<br><br>See the Temporary Charge Pass for the purchase APR for your account. |
| How to Avoid Paying Interest on Purchases | Your due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $2.00. |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore |

### Fees

| | |
|---|---|
| Annual Fee | None |
| Penalty Fees | |
| • Late Payment | Up to $40 |

**How We Will Calculate Your Balance:** We use a method called "daily balance (including current transactions)." See the Card Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in the Card Agreement.

For more information call Citibank, N.A. at 1-800-677-0232 (TTY: Use 711 or other Relay Service). New York residents may contact the New York State Department of Financial Services by telephone, 1-800-342-3736 (TTY: Use 711 or other Relay Service), or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

**Protections for Active Duty Service Members and Their Dependents:** Please see the section of the Card Agreement entitled "Protections for Active Duty Service Members and Their Dependents."

**ALL CREDIT IS GRANTED AND ACCOUNTS ARE OWNED BY CITIBANK, N.A. THIS OFFER IS SUBJECT TO FINAL REVIEW AND IN SOME INSTANCES CITIBANK MAY NOT OPEN AN ACCOUNT FOR YOU.**

**TERMS AND CONDITIONS OF OFFER**

- This offer is only valid for new accounts. You must be at least 18 years of age (21 years of age in Puerto Rico). If you are married, you may apply for a separate account. Citibank, N.A. ("we" or "us") is the issuer of your The Home Depot Consumer Credit Card account. Citibank, N.A. is located in Sioux Falls, SD. Credit card offers are intended for residents of, and this is not an offer for the credit card to individuals outside of, the United States and its territories.
- To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. This means that we will ask for your name, address, date of birth, and other information that will allow us to identify you when you open an account. We may also ask to see your driver's license or other identifying documents; and obtain identification information about you or any authorized user you add to your account.
- We may gather information about you, including from your employer, your bank, credit bureaus, and others, to verify your identity and determine your eligibility for credit, renewal of credit, and future extensions of credit. If you ask us, we will tell you whether or not we requested a credit bureau report and the names and addresses of any credit bureaus that provided us with such reports.
- To receive a The Home Depot Consumer Credit Card, you must meet our applicable criteria bearing on creditworthiness. Your credit limit will be determined by the income you provided and a review of your debt, including the debt listed on your credit report. You will be informed of the amount of your credit limit when you receive your card. Some credit limits may be as low as $300.
- You authorize us to share with The Home Depot and its affiliates experiential and transactional information regarding your activity with us.

- Please see the Card Agreement for important information.
- **Notice to Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.
- **Notice to Wisconsin Residents:** No marital property agreement, unilateral statement, or court decree adversely affects our rights, unless you give us a copy of such agreement, statement or court order before we grant you credit, or we have actual knowledge of its terms before your account is opened.

**PROMOTION TERMS**

**NO INTEREST IF PAID IN FULL WITHIN PROMOTIONAL PERIOD\*** on qualifying purchases. Interest will be charged to your account from the purchase date if the purchase balance is not paid in full within the promotional period.

> \*With credit approval for qualifying purchases made on The Home Depot Consumer Credit Card. APR: 17.99%– 26.99%. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer valid for consumer accounts in good standing. 6 months everyday credit offer is subject to change without notice; see store for details.

©2022 Citibank, N.A.

### DEFERRED INTEREST PROMOTIONAL INFORMATION

From time to time as a The Home Depot Consumer Credit Cardholder, you may be offered special limited time only deferred interest promotional offers.

Deferred interest promotional offers include the following types of offers:

- No interest if paid in full within 6 months
- No interest if paid in full within 12 months
- No interest if paid in full within 18 months
- No interest if paid in full within 24 months

If the balance is not paid in full by the end of the promotional period, interest charges will be imposed from the purchase date at the purchase rate listed in The Home Depot Consumer Credit Card Disclosures you will be provided if you are approved for an account.

These offers are not available all the time and may be limited to specific merchandise and/or have minimum payment and purchase requirements as disclosed in the offer.

Your card agreement, the terms of the offer and applicable law govern these transactions including increasing APRs and fees and termination of the promotional period.

©2022 Citibank, N.A.

### Card Agreement

This Card Agreement is your contract with us. It governs the use of your card and account. The Home Depot Consumer Credit Card Disclosures and Temporary Charge Pass ("printout") are part of this Agreement. Please read these documents carefully. Keep these documents for your records.

#### Definitions

**account** means the relationship established between you and us by this Agreement.

*APR* means an annual percentage rate.

*authorized user* means any person you allow to use your account.

*card* means one or more cards or other access devices that we give you to get credit under this Agreement. This includes account numbers.

*we*, *us*, and *our* mean Citibank, N.A., the issuer of your account. Citibank, N.A. is located in Sioux Falls, SD.

*you*, *your*, and *yours* mean the person who applied to open the account. It also means any other person responsible for complying with this Agreement.

### Your Account

You agree to use your account in accordance with this Agreement. You must pay us for all amounts due on your account. This Agreement is binding on you unless you close your account within 30 days after receiving the card and you have not used or authorized use of the card. Your account must only be used for lawful transactions.

**Authorized Users.** You may request cards for authorized users. You must pay us for any charges they make even if you did not intend to be responsible for those charges. You agree that they may receive information about the account, subject to any limitations we impose. You must tell us if you no longer want them to use your account.

**Joint Accounts.** If this is a joint account, each of you is responsible individually and together for all amounts owed. Each of you is responsible even if the account is used by only one of you. You will continue to be liable for the entire balance of the account, even if your co-applicant is ordered by a court to pay us. You will remain liable to us if your co-applicant fails to pay as ordered by the court. Your account status will continue to be reported to the credit bureau under each of your names. The delivery of notices or billing statements to either of you serves as delivery to each of you. We may rely on instructions given by either of you. We are not liable to either of you for relying upon such instructions.

**Credit Limit.** Your initial credit limit is on the printout. After that, your credit limit appears on your billing statement. The full amount of your credit limit is available to use where the card is honored. We may reduce or increase your credit limit at any time for any reason as permitted by law. We will notify you of any change, but the change may take effect before you receive the notice. You should always keep your total balance below the credit limit. However, if the total balance goes over your credit limit you still must pay us. If your account has a credit balance, we may reduce the credit balance by any new charges on your account. You may not maintain a credit balance in excess of your credit limit.

**Billing Statement.** Your billing statement shows the New Balance. This is the total amount you owe us on the Statement Closing Date. To determine the New Balance, we begin with the total balance at the start of the billing cycle. We add any purchases. We subtract any credits or payments. We then add any interest charges or fees and make other adjustments.

Your billing statement also shows your transactions; the Minimum Payment Due and payment due date; your credit limit; and your interest charges and fees. On the billing statement, a regular purchase balance will appear under the heading "regular revolve credit plan."

We deliver a billing statement to only one address. You must notify Customer Service of a change in address. We may stop sending you statements if we deem your account uncollectible or start collection proceedings; but we may continue to add interest and fees as permitted by law.

### APRs

**Regular Purchase APR.** See printout.

**Effect of APR Increases.** If an APR increases, interest charges increase. Your minimum payment may increase as well.

### Promotions

We may offer promotional terms for all or a part of any balances. Any promotional terms may apply for a limited period of time. They will be governed by the terms of the promotional offer and this Agreement. Your promotional terms will end when the promotional period expires or, to the extent permitted by law, if you make a late payment. The promotional offer will tell you if we require a separate minimum payment on the promotional balance.

If a promotional offer is a deferred interest offer, no interest charges will be imposed on the deferred interest balance if you pay the balance in full by the end of the promotional period for that deferred interest balance. We will impose interest charges on the deferred interest balance at the APR for regular purchases from the date of purchase if you do not pay the balance in full by the end of the promotional period.

### Interest Charges Based on APRs

**Interest Charges.** We impose interest charges when we apply APRs to your account balances. We do this every day by using a daily periodic rate. To get a daily periodic rate, we divide the APR by 365.

**When Interest Charges Begin.** We begin to impose interest charges the first day we add a charge to a daily balance. The charges we add to a daily balance include purchases, interest charges and fees. We continue to impose interest charges until we credit your account with full payment of the total amount you owe us.

**Grace Period on Purchases.** You can avoid interest charges on purchases. This is called a grace period on purchases. The grace period is at least 25 days. To get a grace period on purchases, you must pay the New Balance by the payment due date every billing cycle. If you do not, you will not get a grace period until you pay the New Balance for two billing cycles in a row.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance so long as you pay the New Balance less any excluded balance, plus any separately required payment on an excluded balance, in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**Calculation of Interest Charges – Daily Balance Method (Including Current Transactions).** We calculate interest charges each billing cycle. To do this:

- We start with each of your different balances. These balances include, for example, regular purchases and different promotional balances. (When we calculate interest charges, we treat each deferred interest transaction separately even if it has the same terms as another deferred interest transaction.)
- We calculate the daily balance for each of your different balances. To get a daily balance, we start with the balance as of the end of the previous day. We add any interest charge on the previous day's balance. (This results in daily compounding of interest charges.) We add any new charges. We then subtract any new credits or payments.
- We multiply each daily balance by the daily periodic rate that applies to it. We do this for each day in the billing cycle. This gives us the daily interest charges for each of your different balances.
- We add up all the daily interest charges. The sum is the total interest charge for the billing cycle.
- You authorize us to round interest charges to the nearest cent.

When we calculate daily balances, we add a purchase as of the Transaction Date. The Transaction Date is shown on the billing statement. We subtract a payment or credit as of the day it is credited to the account and then make other adjustments. We treat a credit balance as a balance of zero.

**Minimum Interest Charge.** If we charge you interest, the charge will be no less than $2. We add the charge to the regular purchase balance or allocate it among one or more of the balances that accrues interest.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each different balance. The Balance Subject to Interest Rate is the average of the daily balances during the billing cycle. A billing cycle begins on the day after the Statement Closing Date of the previous billing cycle. It includes the Statement Closing Date of the current billing cycle.

#### Fees

**Late Fee.** We may add a late fee for each billing cycle in which you have a past due payment. For late fee purposes, you have a past due payment any time you fail to pay the Minimum Payment Due by the payment due date. The fee will be $29; or $40 for any additional past due payment during the next six billing cycles after a past due payment. However, the fee will not exceed the amount permitted by law. We add this fee to the regular purchase balance.

#### Payments

**Making Payments.** You may pay all or part of your account balance at any time. However, you must pay at least the Minimum Payment Due by the payment due date each billing cycle. The sooner you pay the New Balance, the less you will pay in interest charges.

We calculate the Minimum Payment Due as follows. We begin with any past due amount. We add any amount specified in a promotional offer. We add any amount required by the Promotion Calculation. We also add the largest of the following:

- The Calculated New Balance if it is less than $29;
- $29 if the Calculated New Balance is at least $29; or
- 1% of the Calculated New Balance plus the amount of your billed interest charges on that balance, any minimum interest charge allocated to that balance, and any applicable late fee. (The result is rounded up to the nearest dollar.) However, we subtract interest charges that accrued during

prior billing cycles on a deferred interest balance that ended during the billing cycle covered by the statement.

The Calculated New Balance equals the New Balance on the billing statement less balances subject to the Promotion Calculation and less any balances subject to either of two types of promotional terms. The first type are terms that do not require a minimum payment. The second type are terms that require an additional amount as part of the Minimum Payment Due.

If you have a deferred interest transaction balance subject to the Promotion Calculation, the Promotion Calculation will equal 1% of this balance during the promotion period. (The result is rounded up to the nearest cent.) After the promotion period, any such remaining promotional balance will be included in the Calculated New Balance. The Promotion Calculation will apply if, based on the amount of the transaction as shown on the first statement that displays the transaction and the dollar amount in the Minimum Payment Due calculation in effect at the time of the transaction, we determined that paying such dollar amount each billing cycle would result in repayment of the promotional balance before the end of the promotion period.

The Minimum Payment Due may reflect adjustments to the New Balance. The Minimum Payment Due is never more than the Calculated New Balance plus two amounts. The first is any amount required by a promotional offer. The second is any amount required by the Promotion Calculation.

**Application of Payments.** Payments in excess of the Minimum Payment Due are applied in accordance with law. This means that we will generally apply payments in excess of the Minimum Payment Due to higher APR balances first. However, excess payments received before a deferred interest promotion expires are applied to the deferred interest promotional balance first in the last two billing cycles of the promotional period. And, if the expiration date of a deferred interest promotion is before the payment due date in the billing cycle in which the deferred interest promotion expires, excess payments received before the deferred interest promotion expires are applied to the deferred interest promotional balance first in the last three billing cycles of the promotional period. Payments equal to or less than the Minimum Payment Due and credits are applied at our discretion and you authorize us to apply payments and credits in a way that is most favorable or convenient for us. This may include applying such payments and credits to lower APR balances first.

**Payment Instructions.** We credit your payments in accordance with our payment instructions on the billing statement. You must pay us in U.S. dollars. To do so, you must use a check, similar instrument, or electronic debit that is drawn on and honored by a bank in the U.S. Do not send cash. We can accept late or partial payments, or payments that reflect "paid in full" or other restrictive endorsements, without losing our rights. We also reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the U.S. If we do, we select the currency conversion rate. We will then credit your account in U.S. dollars after deducting any costs incurred in processing your payment. Or we may bill you separately for these costs.

**Optional Pay by Phone Service.** You may use our optional Pay by Phone Service to make your payment by phone. To do so, call us to request the service. You agree to pay us the Pay by Phone fee shown in the Pay by Phone section on the back of the billing statement when a representative of ours helps expedite your payment. Our representatives are trained to tell you this amount when you use this service.

### Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We may report account information in your name and the names of authorized users. We may also obtain follow-up credit reports on you.

If you think we reported incorrect information to a credit bureau, write us at the Customer Service address on the billing statement. We will investigate the matter. We will then tell you if we agree or disagree with you. If we agree with you, we will contact each credit bureau to which we reported and request a correction. If we disagree with you, we will tell you that.

### Information Sharing

You authorize us to share information about you as permitted by law. This includes information we get from you and others. It also includes information about your transactions with us. Please see our Privacy Notice for details about our information sharing practices.

### Changes to this Agreement

**We may change the rates, fees, and terms of this Agreement from time to time as permitted by law. The changes may add, replace, or remove provisions of this Agreement. We will give you advance written notice of the changes and a right to opt out to the extent required by law.**

### Default

You default under this Agreement if you fail to pay the Minimum Payment Due by its due date; go over your credit limit; pay by a check or similar instrument that is not honored or that we must return because it cannot be processed; pay by electronic debit that is returned unpaid; file for bankruptcy; or fail to comply with the terms of this Agreement. If you default, we may close your account and, to the extent permitted by law, demand immediate payment of the total balance.

### Refusal of the Card, Closed Accounts, and Related Provisions

**Refusal of the Card.** We do not guarantee approval of transactions. We are not liable for transactions that are not approved. That is true even if you have enough credit. We may limit the number of transactions approved in one day. If we detect unusual or suspicious activity, we may suspend your credit privileges.

**Preauthorized Charges.** We may suspend any automatic or other preauthorized card charges you arrange with a third party. We may do this if you default; if the card is lost or stolen; or we change your account for any reason. If we do this, you are responsible for paying the third party directly if you wish to do so. You are also responsible for reinstating the preauthorized charges if you wish to do so and we permit it.

**Lost or Stolen Cards or Account Numbers.** You must call us if any card or account number is lost or stolen. You must also call us if you think someone used or may use them without permission. When you call, we may require you to provide information to help our investigation. We may require you to provide this information in writing. For example, we may ask you to identify any charges that were not made by you or someone authorized by you. We may also ask you to confirm that you received no benefit from those charges.

**Closing Your Account.** You may close your account by notifying us in writing or over the phone. If you close your account, you must still repay the total balance in accordance with this Agreement. We may also close your account or suspend account privileges at any time for any reason. We may do this without prior notice to you. We may also reissue a different card at any time. You must return any card to us upon request.

### Protections for Active Duty Service Members and Their Dependents

**Protections.** Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). You are entitled to these protections if you are a Covered Borrower, as defined below.

**Covered Borrower.** You are a Covered Borrower if, in connection with the opening of your account, we determine you are an active duty member of the Armed Forces (including active Guard and Reserve duty) or a dependent of an active duty member. You will cease to be a Covered Borrower if we determine you are no longer an active duty member of the Armed Forces (including active Guard and Reserve duty) or a dependent of an active duty member.

**Oral Disclosures.** If you are a Covered Borrower, you may obtain information related to your account, including information about these protections and your payment obligation, by calling 1-877-625-6379 (TTY: Use 711 or other Relay Service).

**Arbitration. The section of the Card Agreement entitled "ARBITRATION" does not apply if you are a Covered Borrower at the time your account is opened.**

### ARBITRATION

*PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.*

**THIS SECTION PROVIDES THAT DISPUTES MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, HAVE A JURY TRIAL OR INITIATE OR PARTICIPATE IN A CLASS ACTION. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN IN COURT. THIS ARBITRATION PROVISION IS GOVERNED BY THE FEDERAL ARBITRATION ACT (FAA), AND SHALL BE INTERPRETED IN THE BROADEST WAY THE LAW WILL ALLOW.**

### Covered claims

- *You or we may arbitrate* any claim, dispute or controversy between you and us arising out of or related to your account, a previous related account or our relationship (called "Claims").

- **If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.**

Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present,

or future conduct; and Claims made independently or with other claims. This also includes Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/subsidiary company.

### Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.

- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.

- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

### How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879 (TTY: Use 711 or other Relay Service). You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.

- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim, motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.

- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.

- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

### Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides your Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

### The final award

- Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

### Survival and Severability of Terms

This arbitration provision shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale of your account, or amounts owed on your account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

### Rules for rejecting this arbitration provision

You may reject this arbitration provision by sending a written rejection notice to us at: P.O. Box 790340, St. Louis, MO 63179. Your rejection notice must be mailed within 45 days of account opening. Your rejection notice must state that you reject the arbitration provision and include your name, address, account number and personal signature. No one else may sign the rejection notice. Your rejection notice will not apply to the arbitration provision(s) governing any other account(s) that you have or had with us. Rejection of this arbitration provision won't affect your other rights or responsibilities under this Agreement, including use of the account.

### Governing Law and Enforcing our Rights

**Governing Law.** Federal law and the law of South Dakota, where we are located, govern the terms and enforcement of this Agreement.

**Enforcing this Agreement.** We will not lose our rights under this Agreement because we delay in enforcing them or fail to enforce them.

**Collection Costs.** To the extent permitted by law, you are liable to us for our legal costs if we refer collection of your account to a lawyer who is not our salaried employee. These costs may include reasonable attorneys' fees. They may also include costs and expenses of any legal action.

**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party.

### For Further Information

Call us toll-free for further information. Call the toll-free Customer Service telephone number shown on the billing statement or on the back of your card. You can also call local or toll-free Directory Assistance to get our telephone number.

---

### Your Billing Rights:
#### Keep this Document for Future Use

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

#### What To Do If You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

#### What Will Happen After We Receive Your Letter

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

#### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address for billing inquiries and correspondence shown on the front of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

© 2022 Citibank, N.A.

72100 0622

PNHDEX 03/21

## FACTS — WHAT DOES CITIBANK DO WITH YOUR PERSONAL INFORMATION?

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and employment information<br>• credit history and transaction history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Citibank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Citibank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For our nonaffiliates to market to you** | Yes | Yes |

| | |
|---|---|
| **To limit our sharing** | Call 1-877-491-0607 — our menu will prompt you through your choice(s). (TTY: Use 711 or other Relay Service)<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us any time to limit our sharing. |
| **Questions?** | Call 1-877-491-0607 or call the Customer Service number on the back of your credit card or your billing statement. (TTY: Use 711 or other Relay Service) |

### Who we are

| | |
|---|---|
| **Who is providing this notice?** | This notice is provided by the retail partner cards group of Citibank, N.A., the bank that issues your credit card. |

### What we do

| | |
|---|---|
| **How does Citibank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures to comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Citibank collect my personal information?** | We collect your personal information, for example, when you<br>• provide account information or give us your contact information<br>• provide employment information or apply for a loan<br>• use your credit or debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you.<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

### Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include companies such as Citigroup Global Markets Inc.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include companies engaged in direct marketing and the selling of consumer products and services.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products and services to you.<br>• *Our joint marketing partners include insurance companies and other financial companies.* |

### Other important information

**For Vermont Residents:** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. For additional information concerning our privacy policies call 1-877-491-0607. For Speech and Hearing Impaired Customers TTY: Use 711 or other Relay Service.

**For California Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

We may share your personal information, as permitted by law, with the retailer whose name is on your card and with the companies related to the retailer. You cannot limit this sharing.

Citi acquires and uses services provided by third parties that collect and analyze customer data. This information may be used to service your accounts and for marketing purposes. For additional information about our privacy practices please go to www.citi.com/Privacy.

Important Information about Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

| DATOS | ¿QUÉ HACE CITIBANK CON SU INFORMACIÓN PERSONAL? | SPPHDEX 03/21 |
|---|---|---|

| ¿Por qué? | Las compañías financieras deciden cómo comparten la información personal de usted. La ley federal les otorga a los consumidores el derecho de limitar una parte, pero no la totalidad, de la compartición. La ley federal también exige que nosotros le informemos a usted cómo recopilamos, compartimos y protegemos su información personal. Lea atentamente este aviso para entender lo que hacemos. |
|---|---|
| ¿Qué? | Los tipos de información personal que recopilamos y compartimos dependen del producto o servicio que tenga con nosotros. Esta información puede incluir:<br>• Número de Seguro Social e ingresos<br>• saldos de sus cuentas e historial sobre su empleo<br>• historial de crédito e historial de transacciones |
| ¿Cómo? | Todas las compañías financieras necesitan compartir la información personal de sus clientes para llevar a cabo sus actividades comerciales diarias. En la sección a continuación, enumeramos las razones por las cuales las compañías financieras pueden compartir la información personal de sus clientes; las razones por las cuales Citibank decide compartir; y si usted puede limitar que se comparta. |

| Razones por las cuales podemos compartir su información personal | ¿Citibank comparte información? | ¿Puede usted limitar la información que se comparte? |
|---|---|---|
| **A los fines de nuestras actividades comerciales diarias** — tales como procesar sus transacciones, administrar su(s) cuenta(s), responder órdenes judiciales e investigaciones legales, o informar a agencias de informes de crédito | Sí | No |
| **A nuestros fines de mercadeo** — con el objetivo de ofrecerle nuestros productos y servicios a usted | Sí | No |
| **Con fines de mercadeo conjunto con otras compañías financieras** | No | No |
| **A los fines de las actividades comerciales diarias de nuestras afiliadas** — información sobre sus transacciones y experiencias | Sí | No |
| **A los fines de las actividades comerciales diarias de nuestras afiliadas** — información sobre su solvencia crediticia | Sí | Sí |
| **Para que nuestras afiliadas le ofrezcan sus productos y servicios** | Sí | Sí |
| **Para que las compañías no afiliadas le ofrezcan sus productos y servicios** | Sí | Sí |

| ¿Tiene preguntas? | Llame al 1-877-491-0607 o al número de Servicio al Cliente que se encuentra al dorso de su tarjeta de crédito o en su estado de facturación. (TTY: Use el 711 u otro servicio de relé). |
|---|---|

**Tenga en cuenta lo siguiente:**
Si usted es un cliente nuevo, podemos comenzar a compartir su información 30 días después de la fecha en que se le envió este aviso. Cuando usted deje de ser nuestro cliente, continuaremos compartiendo su información según lo describe en este aviso. Sin embargo, puede comunicarse con nosotros en cualquier momento para limitar la información que compartimos.

**Para limitar la información que se comparte:**
Llame al 1-877-491-0607 — nuestro menú le orientará a través de su(s) opción(opciones). (TTY: Use el 711 u otro servicio de relé).

---

| ¿Quiénes somos? | |
|---|---|
| ¿Quién proporciona este aviso? | Este aviso es proporcionado por el grupo de tarjetas de socios minoristas de Citibank, N.A. El banco que emite su tarjeta de crédito. |

| ¿Qué hacemos? | |
|---|---|
| ¿Cómo protege Citibank mi información personal? | A fin de proteger su información personal contra el acceso y el uso no autorizados, utilizamos medidas de seguridad que cumplen con la ley federal. Estas medidas incluyen resguardos computarizados, archivos y edificios protegidos. |
| ¿Cómo recopila Citibank mi información personal? | Recopilamos su información personal, por ejemplo, cuando usted abre una cuenta o nos proporciona su información en una solicitud, utiliza su tarjeta de crédito o de débito, proporciona información sobre su empleo o solicita un préstamo. También recopilamos su información de terceros, como agencias de informes de crédito. |
| ¿Por qué no puedo limitar totalmente la información que se comparte? | La ley federal le otorga el derecho de limitar únicamente<br>• que se comparta la información a los fines de las actividades comerciales diarias de sus afiliadas — información sobre su solvencia crediticia<br>• que las afiliadas utilicen su información para ofrecerle sus productos<br>• que se compartan las afiliadas y empresas no afiliadas para ofrecerle sus productos<br>Las leyes estatales y las compañías individuales podrían ofrecerle derechos adicionales para limitar la información que se comparte. Consulte a continuación para obtener más detalles sobre sus derechos en virtud de la ley estatal. |
| ¿Qué sucede cuando limito la información que tengo con una cuenta para compartir que comparto con otra de forma conjunta con otra persona? | Sus opciones se aplicarán a todas las personas en su cuenta. |

| Definiciones | |
|---|---|
| Afiliadas | Compañías relacionadas por medio de propiedad o control común. Pueden ser compañías financieras y no financieras.<br>• Nuestras afiliadas incluyen compañías como Citigroup Global Markets Inc. |
| No afiliadas | Compañías no relacionadas por medio de propiedad o control común. Pueden ser compañías financieras y no financieras.<br>• Las compañías no afiliadas con las que compartimos pueden incluir compañías que participan en el mercado directamente y en la venta de productos y servicios para el consumidor. |
| Mercadeo conjunto | Un acuerdo formal entre compañías financieras no afiliadas que comercializan en conjunto productos y servicios financieros para usted.<br>• Nuestros socios de mercadeo conjunto incluyen compañías de seguros y otras compañías financieras. |

| Otra información importante | |
|---|---|

**Para los residentes de Vermont:** No divulgaremos información sobre su solvencia crediticia a nuestras afiliadas y no divulgaremos su información personal, información financiera, informe de crédito o información de salud a terceros no afiliados para comercializar con usted, salvo que la ley lo permita o que usted nos autorice a hacerlo. Si desea obtener información adicional en relación con nuestras prácticas de privacidad, llame al 1-877-491-0607. Para clientes con otra(s) tarjeta(s) TTY: Use el 711 u otro servicio de relé.

**Para los residentes de California:** No compartiremos su información personal con compañías no afiliadas, excepto según lo permitido por la ley de California, como por ejemplo, para procesar sus transacciones o administrar su cuenta.
Podremos compartir su información personal, según lo permitido por ley, con el comercio cuyo nombre aparece en la tarjeta y con las compañías relacionadas con ese comercio. Usted no puede limitar que compartamos esta información.

**Información importante sobre Informes de Crédito**
Esta información adicional para administrar sus cuentas y para fines de mercadeo. Para obtener información adicional sobre nuestras prácticas de privacidad, visite www.citi.com/privacy.

Podemos reportar información sobre su cuenta a agencias de informes de crédito. Es posible que los pagos con demora, los pagos no efectuados u otros incumplimientos en su cuenta se reflejen en su informe de crédito.

## Para Obtener Más Información

Para obtener más información, llámenos sin cargo al número de teléfono de Servicio al Cliente que figura en el estado de facturación o al dorso de su tarjeta. También puede llamar localmente o sin cargo a Asistencia de Dirección para obtener nuestro número de teléfono.

## Sus Derechos de Facturación:
### Conserve este Documento para Uso Futuro
Este aviso le informa sobre sus derechos y responsabilidades conforme a la Ley de Facturación Justa de Crédito "Fair Credit Billing Act".

### Qué Hacer Si Usted Encuentra un Error en su Estado de Cuenta
Si usted considera que existe un error en su estado de cuenta, escríbanos a la dirección para consultas sobre facturación y correspondencia que se indica en el frente de su estado de cuenta.

En su carta, proporciónenos la siguiente información:
- *Información de la cuenta:* Su nombre y número de cuenta.
- *Monto en dólares:* El monto del presunto error.
- *Descripción del problema:* Si usted considera que existe un error en su factura, describa lo que usted considera erróneo y el motivo por el cual considera que se trata de un error.

Usted deberá comunicarse con nosotros:
- En un plazo de 60 días a partir de la fecha en que el error haya aparecido en su estado de cuenta.
- Como mínimo 3 días hábiles antes de la fecha en que se encuentre programado un pago automatizado si usted desea suspender el pago del monto que considera erróneo.

Deberá notificarnos de cualquier posible error *por escrito.* Podrá llamarnos por teléfono, pero en ese caso no tendremos la obligación de investigar ningún posible error y usted podría quedar obligado a pagar el monto en cuestión.

### Qué Sucederá Después de que Recibamos su Carta
Cuando recibamos su carta, deberemos hacer dos cosas:
1. En un plazo de 30 días a partir de la recepción de su carta, deberemos informarle que recibimos su carta. También le informaremos si ya hemos corregido el error.
2. En un plazo de 90 días a partir de la recepción de su carta, deberemos corregir el error o explicarle a usted por qué consideramos que la factura es correcta.

Mientras investiguemos si se ha producido o no un error:
- No podremos intentar cobrar el monto en cuestión, ni reportarle a usted como deudor moroso sobre dicho monto.
- El cargo en cuestión podrá permanecer en su estado de cuenta, y podemos continuar cobrándole intereses sobre dicho monto.
- Si bien usted no tendrá la obligación de pagar el monto en cuestión, será responsable del resto de su saldo.
- Podremos aplicar cualquier monto sin reducir su límite de crédito.

Una vez que finalicemos nuestra investigación, sucederá una de dos cosas:
- *Si hemos corretido un error:* Usted no tendrá la obligación de pagar el monto en cuestión ni ningún tipo de intereses u otros cargos relacionados con dicho monto.
- *Si consideramos que no se ha producido un error:* Usted tendrá la obligación de pagar el monto en cuestión, y los cargos aplicables. Le enviaremos un estado de cuenta del monto que usted adeuda y la fecha de vencimiento del pago. Posteriormente podremos reportarle a usted como deudor moroso si usted no paga el monto que consideramos que adeuda.

Si usted recibe nuestra explicación pero igualmente considera que su factura es errónea, deberá escribirnos en un plazo de 10 días para indicarnos que continúa negándose a pagar. En ese caso, no podremos reportarle como deudor moroso sin reportar también que usted cuestiona su factura. Deberemos informarle a usted el nombre de cualquier persona a entidad a la cual le reportamos a usted como deudor moroso, y deberemos informarles a dichas entidades cuando el asunto se haya solucionado entre nosotros.

Si no cumplimos con todas las reglas que se indican más arriba, usted no tendrá la obligación de pagar los primeros $50 del monto que usted cuestione, aunque su factura sea correcta.

### Sus derechos si usted no está satisfecho con sus compras con tarjeta de crédito
Si usted no está satisfecho con los productos o servicios que ha comprado con su tarjeta de crédito, y ha intentado de buena fe corregir el problema con el comerciante, podría tener el derecho de no pagar el monto restante adeudado sobre la compra.

Para utilizar este derecho, deberán cumplirse los siguientes requisitos:
1. La compra deberá haberse realizado en el estado donde usted resida o en un radio de 100 millas de su dirección postal actual, y el precio de la compra deberá haber sido superior a $50. (Nota: Ninguno de estos requisitos será necesario si su compra se realizó sobre la base de un anuncio que nosotros le enviamos a usted, o si la compañía que le vendió a usted los productos o servicios es de nuestra propiedad.)
2. Usted deberá haber utilizado su tarjeta de crédito para la compra. No son elegibles las compras efectuadas con adelantos en efectivo a través de un cajero automático o mediante un cheque que acceda a su cuenta de tarjeta de crédito.
3. Usted no deberá haber pagado aún la totalidad de la compra.

Si se cumplen todos los criterios que se indican más arriba y usted continúa insatisfecho con la compra, comuníquese con nosotros por escrito a la dirección para consultas sobre facturación y correspondencia que se indica en el frente de su estado de facturación.

Durante nuestra investigación, se aplican al monto en disputa las mismas reglas que se indican arriba. Una vez que finalicemos nuestra investigación, le informaremos nuestra decisión. En ese momento, si consideramos que usted adeuda un monto y usted no efectúa el pago, podremos reportarle como deudor moroso.

© 2022 Citibank, N.A.

72100 0622

- **Cómo Funciona el Arbitraje**

El arbitraje será llevado a cabo por la Asociación Americana de Arbitraje (American Arbitration Association, AAA) de acuerdo con esta disposición sobre arbitraje y las correspondientes reglas de arbitraje de la AAA vigentes en el momento en que se presente el reclamo ("Reglas de la AAA"), excepto en los casos en que dichas reglas entren en conflicto con esta disposición sobre arbitraje. Usted podrá obtener copias de las Reglas de la AAA en el website de la AAA (www.adr.org) o llamando al 800-778-7879 (TTY: Use el 711 u otro servicio de relé). Usted o nosotros podremos optar por tener una audiencia, presentaremos cualquier audiencia por teléfono o por otros medios electrónicos, y/o nos presentaremos en cualquier ciudad correspondiente al Tribunal de Distrito de EE. UU. más cercana a su dirección de facturación.

El arbitraje se podrá solicitar en cualquier momento, incluso en los casos en que exista una acción judicial pendiente, a menos que se haya comenzado un juicio o que se haya entablado un fallo definitivo. Ni usted ni nosotros renunciamos al derecho de arbitraje al presentar o continuar una demanda, respuesta, reconvención, moción o descubrimiento de pruebas en una acción judicial. Para elegir el arbitraje, una de las partes podrá presentar una moción para imponer el arbitraje en un caso pendiente y/o iniciar un arbitraje mediante la presentación de los formularios requeridos de la AAA y el pago a la AAA de los cargos de presentación requeridos.

El arbitraje será llevado a cabo por un solo árbitro de conformidad con esta disposición sobre arbitraje y las Reglas de la AAA, que pueden limitar el descubrimiento de pruebas. El árbitro no aplicará ninguna regla federal o estatal de procedimiento civil para el descubrimiento de pruebas, pero el árbitro hará lugar a reclamos de privilegio reconocidos por la ley y tomará medidas razonables para proteger información sobre cuentas y otro tipo de información confidencial de cualquiera de las partes si así se lo solicita. El árbitro aplicará la ley sustantiva aplicable conforme a la FAA y a los estatutos de limitaciones aplicables, y tendrá el poder de otorgar compensación por daños y perjuicios o compensación de otro tipo en virtud de la ley aplicable.

El árbitro efectuará cualquier laudo por escrito y, si usted o nosotros se lo solicitamos, podrá suministrar una breve declaración de los motivos de dicho laudo. El laudo de un árbitro determinará los derechos y las obligaciones únicamente de las partes mencionadas en el arbitraje, y no tendrá ninguna relación con ninguna otra persona o disputa.

- **Pago de los Cargos de Arbitraje**

Pagaremos la parte del cargo por arbitraje que le corresponda a usted por un arbitraje de Reclamos de $75,000 o menos si no se relacionan con el cobro de deudas. De lo contrario, los cargos de arbitraje se asignarán de acuerdo con las Reglas de la AAA correspondientes. Si el arbitraje resulta a favor nuestro, no podremos recuperar nuestros cargos por arbitraje a menos que el árbitro decida que su Reclamo era infundado. Todas las partes serán responsables de sus propios honorarios de abogados, honorarios de peritos y cualquier otro gasto, a menos que el árbitro le otorgue a usted o a nosotros dichos cargos de gastos de acuerdo con la ley aplicable.

- **El Laudo Definitivo**

Cualquier laudo otorgado por un árbitro es definitivo, a menos que una de las partes lo apele por escrito ante la AAA dentro de los 30 días posteriores a la notificación del laudo. La apelación del arbitraje será determinada por un panel de 3 árbitros. El panel volverá a considerar todos los hechos y cuestiones legales desde el principio sobre la base de la misma evidencia presentada en el arbitraje anterior, y tomará decisiones sobre la base de un voto mayoritario. Los cargos por arbitraje correspondientes a la apelación del arbitraje se asignarán de acuerdo con las correspondientes Reglas de la AAA. El laudo otorgado por acuerdo de apelación es definitivo, salvo un laudo definitivo sujeto a revisión judicial según lo dispuesto por la ley aplicable.

Esta disposición sobre arbitraje seguirá siendo válida aun después de que se hagan modificaciones en este Contrato o de la cancelación de la cuenta o de la relación entre usted y nosotros, lo cual incluye la quiebra de cualquiera de las partes y cualquier venta de su cuenta, o montos adeudados en su cuenta, a otra persona o entidad. Si se determina que alguna de las partes de esta disposición sobre arbitraje no es válida o su cumplimiento no es exigible, los demás términos continuarán en vigencia, con la excepción de que no podrá realizarse el arbitraje de un Reclamo mediante una acción de clase o representativa. Esta disposición sobre arbitraje no se podrá enmendar, separar ni eximir a excepción de lo dispuesto en este Contrato o en un acuerdo por escrito entre usted y nosotros.

- **Reglas para Rechazar esta Disposición sobre Arbitraje**

Usted puede rechazar esta disposición sobre arbitraje enviándonos una notificación de rechazo por escrito a: P.O. Box 790340, St. Louis, MO 63179. Su notificación de rechazo debe enviarse por correo postal en un plazo de 45 días desde la fecha de apertura de la cuenta. Su notificación de rechazo debe indicar que usted rechaza la disposición sobre arbitraje e incluir su nombre, dirección, número de cuenta y firma personal. Ninguna otra persona puede firmar la notificación de rechazo. Su notificación de rechazo no se aplicará a la(s) disposición (disposiciones) sobre arbitraje que rija(n) cualquier otra cuenta que tenga o haya tenido con nosotros. El rechazo de esta disposición sobre arbitraje no afectará sus demás derechos o responsabilidades en virtud de este Contrato, lo cual incluye el uso de la cuenta.

**Ley Aplicable al Ejercicio de Nuestros Derechos**

**Ley Aplicable.** Los términos y el cumplimiento de este Contrato están regidos por las leyes federales y las leyes de South Dakota, donde estamos ubicados.

**Cumplimiento de este Contrato.** La demora o la omisión por parte nuestra en el ejercicio de nuestros derechos según las leyes de este Contrato no implica que perdamos dichos derechos.

**Costos por Gestión de Cobro.** En la medida en que lo permita la ley, usted será responsable ante nosotros por nuestros costos legales si demoras el cobro de su cuenta o la entrega a un abogado que no sea empleado asalariado nuestro. Estos costos podrán incluir honorarios razonables de abogados. También podrán incluir los costos y gastos de cualquier acción legal.

**Cesión.** Podremos ceder a un tercero la totalidad o cualquiera de nuestros derechos y obligaciones de conformidad con este Contrato.

contribuir con nuestra propia investigación. Podremos solicitar que suministre esta información por escrito. Por ejemplo, podremos solicitar que identifique todos los cargos que no hayan sido realizados por usted o por ninguna persona autorizada por usted. También podremos solicitar que confirme que no ha recibido beneficio de dichos cargos.

**Cierre de Su Cuenta.** Usted podrá cerrar su cuenta notificándonos por escrito o por teléfono. Si usted cierra su cuenta, de todos modos deberá pagar el saldo total de nuestra cuenta del Contrato. También podremos cerrar su cuenta o suspender los privilegios de la cuenta en cualquier momento y por cualquier motivo. Podremos hacerlo sin suministrarle a usted un aviso previo. También podremos volver a emitir una tarjeta diferente en cualquier momento. Usted deberá devolvernos cualquier tarjeta a pedido nuestro.

**Protecciones para los miembros en servicio activo y sus dependientes**

**Protecciones.** La ley federal brinda protecciones importantes a los miembros de las Fuerzas Armadas y a sus dependientes en relación con el otorgamiento de crédito para el consumidor. En general, el costo del crédito para el consumidor para un miembro de las Fuerzas Armadas y su dependiente no puede superar una tasa de porcentaje anual del 36 por ciento. Esta tasa debe incluir, según corresponda a la cuenta o la transacción de crédito, lo siguiente: Los costos asociados con las primas del seguro de crédito; los cargos por productos complementarios que se venden en relación con la transacción de crédito; cualquier cargo por solicitud cobrado (salvo determinados cargos por solicitud para cuentas o transacciones de crédito específicas); y cualquier cargo por participación cobrado (salvo determinados cargos por participación para una cuenta de tarjeta de crédito). Usted tiene derecho a estas protecciones si es un Prestatario Cubierto, según se define a continuación.

**Prestatario Cubierto.** Usted es un Prestatario Cubierto si, en relación con la apertura de su cuenta, determinamos que es un miembro en servicio activo de las Fuerzas Armadas (incluido el servicio activo en la Guardia y la Reserva) o un dependiente de un miembro en servicio activo. Usted dejará de ser un Prestatario Cubierto si determinamos que ya no es un miembro en servicio activo de las Fuerzas Armadas (incluido el servicio activo en la Guardia y la Reserva) o un dependiente de un miembro en servicio activo.

**Divulgaciones Verbales.** Si usted es un Prestatario Cubierto, podrá obtener información relacionada con su cuenta, incluida información sobre estas protecciones y su obligación de pago, llamando al 1-877-625-6379 (TTY: Use el 711 u otro servicio de relé).

**Arbitraje. La sección del Contrato de Tarjeta titulada "ARBITRAJE" no se aplica si usted es un Prestatario Cubierto en el momento de la apertura de su cuenta.**

## ARBITRAJE

**POR FAVOR, LEA CON DETENIMIENTO ESTA DISPOSICIÓN DEL CONTRATO.**

ESTA SECCIÓN ESTABLECE QUE LAS DISPUTAS PODRÁN RESOLVERSE POR MEDIO DE ARBITRAJE VINCULANTE. EL ARBITRAJE REEMPLAZA EL DERECHO DE RECURRIR A UN TRIBUNAL, DE TENER UN JUICIO POR JURADO, O DE INICIAR O PARTICIPAR EN UNA ACCIÓN DE CLASE. EN UN ARBITRAJE, LAS DISPUTAS SON RESUELTAS POR UN ÁRBITRO, NO POR UN JUEZ O UN JURADO. LOS PROCEDIMIENTOS DE ARBITRAJE SON MÁS SENCILLOS Y MÁS LIMITADOS QUE EN UN TRIBUNAL. ESTA DISPOSICIÓN SOBRE ARBITRAJE ESTÁ REGIDA POR LA LEY FEDERAL DE ARBITRAJE ("FEDERAL ARBITRATION ACT" (FAA), Y SE INTERPRETARÁ EN EL SENTIDO MÁS AMPLIO QUE PERMITA LA LEY.

**Reclamos Cubiertos**

• Usted o nosotros podremos someter a arbitraje cualquier reclamo, disputa o controversia entre usted y nosotros que surja de o se relacione con su cuenta, una cuenta cerrada anterior o nuestra relación (denominados los "Reclamos").

• **Si cualquiera de las partes elige la opción de arbitraje, ni usted ni nosotros tendremos el derecho de litigar dicho Reclamo en un tribunal ni tener un juicio por jurado sobre dicho Reclamo.**

A excepción de lo que se indica a continuación, todos los Reclamos estarán sujetos a arbitraje, no importar cuál sea la teoría legal en la que se basen ni qué tipo de recurso (daños y perjuicios, o interdicto o sentencia declaratoria) procuren obtener, lo cual incluye Reclamos basados en contratos, extracontractuales (incluida la culpa extracontractual intencional), fraude, representación de agencia, negligencia, disposiciones estatutarias o regulatorias o cualquier otra fuente de derecho; Reclamos efectuados como demandante o demandado; y Reclamos efectuados con respecto a conductas pasadas, presentes o futuras. Reclamos incluye, entre otros, reclamos efectuados de forma independiente o con otros reclamos. Esto también incluye Reclamos efectuados por o contra cualquier persona conectada con nosotros o con usted, o que reclame a través de nosotros o de usted, o quien alguien que efectúe un reclamo a través de usted, como por ejemplo un co-solicitante, un usuario autorizado, un empleado, un agente, un representante o una compañía afiliada/matriz/subsidiaria.

**Límites del Arbitraje**

• Los Reclamos individuales presentados como parte de una acción de cuantía menor no están sujetos a arbitraje, siempre y cuando el caso permanezca en dicho tribunal para casos de cuantía menor.

• No iniciaremos un arbitraje para cobrarle a usted una deuda a menos que usted decida someter a arbitraje o presentar un Reclamo contra nosotros. Si usted presenta un Reclamo contra nosotros, podremos decidir someterlo a arbitraje, lo cual incluye acciones para cobrarle a usted una deuda. Usted podrá incluir Reclamos en contra nuestra como parte de una acción de clase, procurador podrá someter a arbitraje para el cobro de una deuda.

• Los Reclamos presentados como parte de una acción de clase, procurador general privado u otra acción representativa podrán someterse al arbitraje únicamente en forma individual. El árbitro no tiene autoridad para arbitrar ningún reclamo sobre la base de acción de clase o representativa y podrá otorgar compensación únicamente en forma individual. Si cualquiera de las partes elige la opción de arbitraje, ni usted ni nosotros podremos llevar adelante un Reclamo como parte de una acción de clase o una acción representativa. Los Reclamos de 2 o más personas no podrán combinarse en el mismo arbitraje. Sin embargo, los solicitantes, co-solicitantes, usuarios autorizados en una misma cuenta y/o cuentas relacionadas, o afiliados corporativos se considerarán aquí como una sola persona.

Si usted considera que hemos suministrado información incorrecta a una agencia de informes de crédito, escríbanos a la dirección postal de Servicio al Cliente que se indica en el estado de cuenta. Investigaremos el asunto. Luego le comunicaremos si estamos de acuerdo o en desacuerdo con usted. Si estamos de acuerdo con usted, nos comunicaremos con cada agencia de informes de crédito a la que hayamos suministrado informes y solicitaremos una corrección. Si estamos en desacuerdo con usted, se lo informaremos.

### Intercambio de Información

Usted nos autoriza a compartir información sobre su persona según lo permitido por la ley. Esto incluye información suministrada por usted y por terceros. También incluye información sobre sus transacciones con nosotros. Por favor, consulte nuestro Aviso de Privacidad para conocer los detalles sobre nuestras prácticas de intercambio de información.

### Modificaciones a este Contrato

Podemos modificar las tasas, los cargos y los términos de este Contrato ocasionalmente según lo permitido por la ley. Las modificaciones podrán agregar, reemplazar o eliminar disposiciones de este Contrato. Le suministraremos a usted en forma anticipada un aviso por escrito con respecto a las modificaciones y al derecho de exclusión en la medida en que lo exija la ley.

### Incumplimiento

Usted incurrirá en incumplimiento si no efectúa el Pago Mínimo Adeudado en o antes de la fecha de vencimiento; si excede su límite de crédito; si paga mediante un cheque o instrumento similar que no sea aceptado o que nosotros debamos devolver porque no puede ser procesado; si paga mediante un débito electrónico que se devuelva sin pagar; si se declara en quiebra, o si no cumple con los términos de este Contrato. Si usted incurre en incumplimiento, podremos cerrar su cuenta y, en la medida en que lo permita la ley, exigir el pago inmediato del saldo total.

### Denegación de la Tarjeta, Cuentas Cerradas y Disposiciones Relacionadas

**Denegación de la Tarjeta.** No garantizamos la aprobación de las transacciones. No asumiremos ninguna responsabilidad por las transacciones que no sean aprobadas. Esto se aplicará aunque usted tenga crédito suficiente. Podremos limitar el número de transacciones aprobadas en un mismo día. Si detectamos actividad inusual o sospechosa, podremos suspender sus privilegios de crédito.

**Cargos Previamente Autorizados.** Podremos suspender cualquier cargo automático u otro cargo de tarjeta previamente autorizado que usted disponga con un tercero. Podremos hacer esto si usted incurre en incumplimiento; si se pierde o le roban la tarjeta; o si modificamos su cuenta por cualquier motivo. Si lo hacemos, usted será responsable de pagarle al tercero directamente si así lo desea. Usted también será responsable de restablecer los cargos previamente autorizados si así lo desea o si lo permitimos.

**Pérdida o Robo de Tarjetas o Números de Cuenta.** Usted deberá llamarnos en caso de pérdida o robo de cualquier tarjeta o número de cuenta. También deberá llamarnos si cree que alguien los ha utilizado o podría utilizarlos sin permiso. Cuando llame, podremos solicitar que suministre información para

de facturación dará lugar al saldo del saldo promocional antes de la finalización del período promocional.

### Aplicación de Pagos.

Los pagos que excedan el Pago Mínimo Adeudado se aplican de conformidad con la ley. Esto significa que generalmente aplicaremos los pagos que excedan el Pago Mínimo Adeudado primero a los saldos con tasas APR más altas. Sin embargo, los pagos excedentes recibidos antes del vencimiento de una promoción de intereses diferidos se aplican primero al saldo de facturación sujeto a esta promoción de intereses diferidos. Los pagos excedentes recibidos antes de la promoción de intereses diferidos se aplican primero al saldo promocional del período promocional. Los pagos que sean menores o iguales al Pago Mínimo Adeudado y los créditos se aplican a nuestro criterio. Esto puede incluir la aplicación de dichos pagos y créditos en primer lugar a los saldos con tasas APR más bajas.

### Instrucciones de Pago.

Acreditamos sus pagos de conformidad con nuestras instrucciones de pago que se indican en el estado de facturación. Usted deberá pagarnos en dólares estadounidenses. Para hacerlo, deberá usar un cheque, instrumento similar o débito electrónico librado y aceptado por un banco en Estados Unidos. No envíe dinero en efectivo. Podremos aceptar pagos con demora o parciales, o pagos que reflejen enfoscos de "pagado en su totalidad". Si nos reservamos el derecho de aceptar pagos realizados en moneda extranjera e instrumentos librados sobre fondos en depósito fuera de EE. UU. Si lo hacemos, seleccionaremos la tasa de conversión de moneda. Luego acreditaremos su cuenta en dólares después de deducir los costos incurridos en el procesamiento de su pago. O bien, podremos facturarle dichos costos en forma separada.

### Servicio Opcional de Pago (Pay by Phone).

Usted puede utilizar nuestro Servicio opcional de Pago por Teléfono (Pay by Phone) para efectuar sus pagos por teléfono. Para hacerlo, llámenos a fin de solicitar el servicio. Usted acepta pagarnos el cargo correspondiente al Pago por Teléfono (Pay by Phone) que se indica en la sección titulada Pago por Teléfono (Pay by Phone) cuando esté disponible. Nuestros representantes están capacitados para informarle de este monto cuando usted utilice este servicio.

### Informes de Crédito

Podremos reportar información sobre su cuenta a agencias de informes de crédito. Es posible que los pagos con retraso, los pagos no efectuados u otros incumplimientos en su cuenta se reflejen en su informe de crédito. Podremos proporcionar información a la cuenta en su nombre y en nombre de usuarios autorizados. También podremos obtener informes de crédito de seguimiento sobre su persona.

**Saldo Sujeto a Tasa de Interés.** Su estado de cuenta indica un Saldo Sujeto a Tasa de Interés. Indica este dato para cada saldo diferente. El Saldo Sujeto a Tasa Sujeto a Tasa de Interés, el Cálculo de la de facturación del ciclo de facturación. Un ciclo de facturación comienza al día posterior a la Fecha de Cierre del Estado de Cuenta del ciclo de facturación anterior. Incluye la Fecha de Cierre del Estado de Cuenta del ciclo de facturación actual.

**Cargos**

**Cargo por Demora.** Podremos cobrarle un cargo por demora por cada ciclo de facturación en el que usted tenga un pago vencido. A los fines del cargo por demora, usted tendrá un pago vencido toda vez que no efectúe el Pago Mínimo Adeudado en o antes de la fecha de vencimiento de pago. El cargo será de $29, o de $40 por cualquier pago vencido adicional durante los siguientes seis ciclos de facturación posteriores a un pago vencido. Sin embargo, el cargo no superará el monto permitido por ley. Sumaremos este cargo al saldo de compras regulares.

**Pagos**

**Cómo Efectuar Pagos.** Usted puede pagar la totalidad o una parte del saldo de su cuenta en cualquier momento. Sin embargo, en cada ciclo de facturación, usted debe pagar al menos el Pago Mínimo Adeudado en o antes de la fecha de vencimiento de pago. Cuanto antes pague el Nuevo Saldo, menos deberá pagar en cargos por intereses.

Calcularemos el Pago Mínimo Adeudado de la siguiente manera. Comenzaremos con cualquier monto vencido. Sumaremos cualquier monto especificado en una oferta promocional. Sumaremos cualquier monto requerido por el Cálculo de la Promoción. También sumaremos una de las siguientes opciones, la que sea mayor:

- El Nuevo Saldo Calculado, si es inferior a $29.
- $29 si el Nuevo Saldo Calculado es de $29 como mínimo; o bien
- El 1% del Nuevo Saldo Calculado más el monto de sus cargos por intereses facturados sobre dicho saldo, todo cargo mínimo por intereses asignado a dicho saldo y los cargos por demora correspondientes. (El resultado se redondea hacia arriba hasta el dólar más cercano). Sin embargo, restamos los cargos por intereses que se hayan acumulado durante el ciclo de facturación anterior sobre un saldo de intereses diferidos que haya finalizado durante el ciclo de facturación cubierto por el estado de facturación.

El Nuevo Saldo Calculado es equivalente al Nuevo Saldo que se indica en el estado de facturación menos cualquier saldo sujeto al Cálculo de la Promoción y menos cualquier saldo sujeto a cualquiera de los dos tipos de términos promocionales. El primer tipo corresponde a términos que no requieren un pago mínimo. El segundo tipo corresponde a términos que requieren un monto adicional como parte del Pago Mínimo Adeudado.

Si usted tiene un saldo de una transacción con intereses diferidos sujeto al Cálculo de la Promoción, el Cálculo de la Promoción será equivalente al 1% de este saldo durante el periodo promocional. (El resultado se redondea hacia arriba hasta el centavo más cercano). Después del periodo promocional, cualquier saldo promocional restante se incluirá en el Nuevo Saldo Calculado. El Cálculo de la Promoción se aplicará a, sobre la base del monto de la transacción según se indica en el primer estado de cuenta donde aparece la transacción y el monto en dólares en el cálculo del Pago Mínimo Adeudado vigente en el momento de la transacción, determinaremos que pagar dicho monto en dólares en cada ciclo

---

vencimiento de pago en cada ciclo de facturación. Si no lo hace, no obtendrá un periodo de gracia hasta que pague el Nuevo Saldo durante dos ciclos de facturación consecutivos.

Si usted tiene un saldo sujeto a una promoción de intereses diferidos y cierta promoción no vence antes de la fecha de vencimiento de pago, ese saldo (un "saldo excluido") queda excluido del monto que usted debe pagar en su totalidad para obtener un periodo de gracia sobre un saldo de compras, que no sea un "saldo excluido". Sin embargo, de todos modos deberá efectuar cualquier pago requerido por separado sobre el saldo excluido. En los ciclos de facturación en los cuales los pagos se asignan primero a un saldo de intereses diferidos, el saldo de intereses diferidos se reducirá antes que cualquier otro saldo en la cuenta. No obstante, usted seguirá obteniendo un periodo de gracia para compras, que no sea un saldo excluido, siempre y cuando pague el Nuevo Saldo menos cualquier saldo excluido, más cualquier pago requerido por separado sobre un saldo excluido, en su totalidad en o antes de la fecha de vencimiento de pago en cada ciclo de facturación.

Además, algunas ofertas promocionales podrán eliminar el periodo de gracia para compras. Otras ofertas promocionales que no se describan arriba también podrían permitirle obtener un periodo de gracia para compras sin tener que pagar la totalidad a partir del saldo promocional en o antes de la fecha de vencimiento de pago. En cualquiera de los dos casos, la oferta promocional describirá los detalles.

**Cálculo de Cargos por intereses: Método de Saldo Diario (Incluidas las Transacciones Actuales).** Calculamos los cargos por intereses en cada ciclo de facturación. Para hacerlo:

- Comenzamos con cada uno de sus saldos diferentes. Estos saldos incluyen, por ejemplo, compras regulares y diferentes saldos promocionales. (Cuando calculamos los cargos por separado, consideramos por separado cada transacción con intereses diferidos, incluso si tiene los mismos términos que otra transacción con intereses diferidos).
- Calculamos el saldo diario para cada uno de sus saldos diferentes. Para obtener un saldo diario, comenzamos con el saldo a partir de la finalización del día anterior. Sumamos todos los cargos por intereses al saldo del día anterior. (Esto da como resultado la capitalización diaria de los cargos por intereses). Sumamos todos los cargos nuevos. Luego restamos todos los créditos o pagos nuevos.
- Multiplicamos cada saldo diario por la tasa periódica diaria que se le aplica. Hacemos esto para cada día del ciclo de facturación. Esto nos da los cargos por intereses diarios correspondientes a cada uno de los saldos diferentes.
- Sumamos todos los cargos por intereses diarios. La suma es el cargo total por intereses correspondiente al ciclo de facturación.

Cuando nos autoriza a redondear el centavo más cercano.

Cuando calculamos saldos diarios, agregamos una compra en la Fecha de Transacción. La Fecha de Transacción se indica en el estado de facturación. Restamos un pago o un crédito el día en que se acredita a la cuenta, y luego realizamos otros ajustes. Consideramos un saldo acreedor a favor como saldo de cero.

**Cargo mínimo por intereses.** Si le cobramos a usted intereses, el cargo no será inferior a $2. Sumaremos el cargo al saldo de intereses regulares o lo distribuiremos entre uno o más de los saldos que acumulen intereses.

**Definiciones**

**Cuenta** significa la relación establecida entre usted y nosotros mediante este Contrato.

**APR** significa una tasa de porcentaje anual.

**Usuario Autorizado** significa cualquier persona a quien usted le permita utilizar su cuenta.

**Tarjeta** significa una o más tarjetas u otros instrumentos o dispositivos que nosotros le proporcionamos a usted para obtener crédito en virtud de este Contrato. Esto incluye los números de cuenta.

**Nosotros, nos y nuestro(a)** hacen referencia a Citibank, N.A., el emisor de su cuenta. Citibank, N.A. está ubicado en Sioux Falls, SD.

**Usted, su(s) y suyo(a) o suyos(as)** hacen referencia a la persona que solicita la apertura de la cuenta. También hacen referencia a cualquier otra persona responsable de cumplir con este Contrato.

**Su Cuenta**

Usted acepta utilizar su cuenta de conformidad con este Contrato. Usted deberá pagarnos todos los montos adeudados en su cuenta. Este Contrato es vinculante para usted a menos que usted cierre su cuenta en un plazo de 30 días después de recibir la tarjeta y que no haya utilizado ni autorizado el uso de la tarjeta. Su cuenta deberá utilizarse únicamente para transacciones legales.

**Usuarios Autorizados.** Usted podrá solicitar tarjetas para usuarios autorizados. Usted deberá pagarnos los cargos que ellos generen aunque no haya tenido la intención de ser responsable de dichos cargos. Usted acepta que ellos podrían recibir información sobre la cuenta, con sujeción a cualquier limitación que nosotros impongamos. Deberá informarnos si ya no desea que ellos utilicen su cuenta.

**Cuentas Conjuntas.** Si ésta es una cuenta conjunta, cada uno de ustedes es responsable en forma individual y conjunta de todos los montos adeudados. Cada uno de ustedes es responsable aunque la cuenta sea utilizada por uno solo de ustedes. Usted continuará siendo responsable de la totalidad del saldo de la cuenta, aun si un tribunal le ordena a su co-solicitante que nos pague. Usted continuará siendo responsable ante nosotros si su co-solicitante no le paga según lo ordenado por el tribunal. El estatus de su cuenta continuará siendo reportado a la agencia de informes de crédito con cada uno de los nombres de ustedes. La entrega de avisos o estados de facturación a cualquiera de ustedes sirve como entrega a cada uno de ustedes. Podremos basarnos en instrucciones suministradas por cualquiera de ustedes. No seremos responsables ante ninguno de ustedes por amparamos en dichas instrucciones.

**Límite de Crédito.** Su límite de crédito inicial se indica en la copia impresa. Posteriormente, su límite de crédito aparece en su estado de facturación. El monto total de su límite de crédito está disponible para utilizarlo donde se acepte la tarjeta. La parte de su límite de crédito por debajo del límite de crédito. Usted deberá mantener siempre su saldo total por debajo del límite de crédito. Sin embargo, si el saldo total excede su límite de crédito, aun así deberá pagarnos. Si su cuenta tiene un saldo acreedor o a favor, podremos reducir el saldo acreedor o a favor en la cantidad de cualquier nuevo cargo en su cuenta. Usted no podrá mantener un saldo acreedor o a favor que exceda su límite de crédito.

**Estado de Facturación.** Su estado de facturación indica el Nuevo Saldo. Este es el monto total que usted nos adeuda en la Fecha de Cierre del Estado de Cuenta. Para determinar el Nuevo Saldo, comenzamos con el saldo total al comienzo del ciclo de facturación. Sumamos todas las compras, Préstamos todos los créditos o pagos. Luego sumamos todos los cargos por intereses u otros cargos y realizamos otros ajustes.

Su estado de facturación también indica sus transacciones, el Pago Mínimo Adeudado y la fecha de vencimiento de pago, su límite de crédito y sus cargos por intereses y otros cargos. En el estado de facturación, un saldo de compras regulares aparecerá bajo el título "plan de crédito rotativo regular".

Entregamos un estado de facturación a una sola dirección. Usted deberá notificar cualquier cambio de dirección a Servicio al Cliente. Podremos dejar de enviarle estados de cuenta si consideramos su cuenta como incobrable o iniciamos procedimientos de cobro, pero podremos continuar agregando intereses y cargos según lo permita la ley.

**Tasa de Porcentaje Anual (APR)**

**Tasa APR para Compras Regulares.** Ver la inspección.

**Efecto de los Aumentos de la Tasa APR.** Si aumenta una tasa APR, aumentan los cargos por intereses. Su pago mínimo también podría aumentar.

**Promociones**

Podremos ofrecer términos de tiempo promocionales para la totalidad o parte de cualquier saldo. Todos los términos promocionales podrían aplicarse durante un período limitado. Dichos términos promocionales se regirán por los términos de la oferta promocional y el este Contrato. Sus términos promocionales finalizarán cuando venza el período promocional, o bien en la medida en que lo permita la ley, si usted efectúa un pago con demora. La oferta promocional le informará en caso de que exijamos un pago separado sobre el saldo promocional.

Si una oferta promocional es una oferta de intereses diferidos, no se importarán cargos por intereses sobre el saldo de intereses diferidos si usted paga el saldo en su totalidad en o antes de la finalización del período promocional correspondiente a dicho saldo de intereses diferidos. Impondremos cargos por intereses sobre el saldo de intereses diferidos a la tasa APR para compras regulares desde la fecha de compra si usted no paga el saldo en su totalidad en o antes de la finalización del período promocional.

**Cargos por Intereses Basados en Tasas APR**

**Cargos por Intereses.** Imponemos cargos por intereses cuando aplicamos tasas APR a los saldos de su cuenta. Lo hacemos todos los días usando una tasa periódica diaria. Para obtener una tasa periódica diaria, dividimos la tasa APR por 365.

**Cuándo Comenzamos los Cargos por Intereses.** Comenzamos a imponer cargos por intereses el primer día en que agreguemos un cargo a un saldo diario. Los cargos por intereses se agregarán a un saldo diario incluyen compras, cargos por intereses y otros cargos. Continuamos imponiendo cargos por intereses hasta que acreditamos a su cuenta el pago completo del monto total que usted nos adeuda.

**Período de Gracia para Compras.** Usted puede evitar los cargos por intereses sobre las compras. Esto se denomina período de gracia para compras. El período de gracia es de por lo menos 25 días. Para obtener un período de gracia para compras, deberá pagar el Nuevo Saldo en o antes de la fecha de gracia para compras.

# DIVULGACIONES DE LA TARJETA DE CRÉDITO THE HOME DEPOT PARA EL CONSUMIDOR

| Tasas de Interés y Cargos por Intereses | |
|---|---|
| **Tasa de Porcentaje Anual (APR) para compras** | **17.99%, 21.99%, 25.99%, ó 26.99%,** según su solvencia crediticia. Consulte el pase provisional para cargos para conocer la tasa APR sobre compras para su cuenta. |
| **Cómo evitar el pago de intereses sobre las compras** | Su fecha de vencimiento es como mínimo 25 días después del cierre de cada ciclo de facturación. No le cobraremos intereses sobre compras si usted paga la totalidad de su saldo en la fecha de vencimiento cada mes. |
| **Cargo mínimo por intereses** | Si le cobran interés, el cargo mínimo no será inferior a $2.00. |
| **Para orientación sobre tarjetas de crédito de la Oficina de Protección Financiera para el Consumidor** | Para obtener más información sobre los factores que deben considerarse al solicitar o utilizar una tarjeta de crédito, visite el website de la Oficina de Protección Financiera del Consumidor ingresando en http://www.consumerfinance.gov/learnmore |

| Cargos | |
|---|---|
| **Cuota anual** | Ninguna |
| **Cargos por penalidad** | |
| **• Pago con demora** | Hasta $40 |

**Cómo calcularemos su saldo:** Utilizamos un método denominado "saldo diario" (incluidas las transacciones actuales). Consulte el Contrato de la Tarjeta para obtener más detalles.

**Derechos de facturación:** El Contrato de la Tarjeta proporciona información sobre sus derechos a disputar transacciones y cómo ejercer dichos derechos.

Para obtener más información llame a Citibank, N.A. al 1-800-677-0232 (TTY: Use el 711 u otro servicio de relé). Los residentes de Nueva York podrían comunicarse con el Departamento de Servicios Financieros del Estado de Nueva York por teléfono al 1-800-342-3736 (TTY: Use el 711 u otro servicio de relé) o visitar su website, www.dfs.ny.gov, para obtener sin cargo información sobre comparación de tasas, cargos y períodos de gracia de tarjetas de crédito.

Protecciones para los miembros en servicio activo y sus dependientes: Consulte la sección del Contrato de Tarjeta titulada "Protecciones para los miembros en servicio activo y sus dependientes".

## TÉRMINOS Y CONDICIONES DE LA OFERTA

- Esta oferta es válida para cuentas nuevas únicamente. Usted tiene que tener por lo menos 18 años de edad (21 años, si es en Puerto Rico). Si está casado, puede solicitar una cuenta separada. Citibank, N.A. ("nosotros" o "nos") le enviará los avisos a la dirección de la cuenta. The Home Depot para el Consumidor, Citibank, N.A. está localizado en Sioux Falls, SD. Las ofertas de tarjeta de crédito están destinadas para los residentes de los Estados Unidos y sus territorios, y esto no es una oferta a la tarjeta de crédito para personas afuera de estos.

- Para ayudar al gobierno a combatir el financiamiento del terrorismo y las actividades de lavado de dinero, las leyes federales exigen a todas las instituciones financieras obtener, verificar y registrar la información que identifica a cada persona que abre una cuenta. Esto significa que le pediremos su nombre, dirección, fecha de nacimiento y otra información que nos permita identificarlo cuando abra una cuenta. También podemos pedirle ver su licencia de conducir u otros documentos que permitan su identificación, y obtener información de identificación acerca de usted o de cualquier usuario autorizado que agregue a su cuenta.

- Podemos recopilar información sobre usted, incluyendo de su empleador, sus bancos, agencias de crédito, y otros, para verificar su identidad y determinar su elegibilidad para obtener crédito, renovación de crédito y extensiones futuras de crédito. Si nos pregunta, le informaremos si hemos solicitado un informe de crédito y los nombres y direcciones de cualquier agencia de crédito que nos proveyera con dichos informes. También tendrá que cumplir con nuestros criterios de solvencia crediticia. Su límite de crédito se determinará mediante los ingresos que usted(ed) y una revisión de su deuda, incluida la deuda indicada en su informe de crédito. Se le informará el monto de su límite de crédito cuando reciba la tarjeta. Algunos límites de crédito podrían ser de tan solo $300.

**CITIBANK, N.A. OTORGA TODO CRÉDITO Y ES PROPIETARIO DE LAS CUENTAS. ESTA OFERTA ESTÁ SUJETA A UNA REVISIÓN FINAL Y, EN ALGUNOS CASOS, ES POSIBLE QUE CITIBANK NO ABRA UNA CUENTA A SU NOMBRE.**

- Usted nos autoriza a compartir con The Home Depot y sus afiliadas, su información de experiencia y de transacciones con nosotros.

- Por favor vea el Contrato de la Tarjeta para información importante.

- **Notificación a los Residentes de Ohio:** Las leyes del estado de Ohio en contra del discrimen requieren que todo acreedor haga disponible el crédito equitativamente a favor de todos los clientes solventes, y que las agencias de crédito mantengan historiales de crédito separados sobre cada individuo según solicitado. La Comisión para los Derechos Civiles del Estado de Ohio (Ohio Civil Rights Commission) vigila el cumplimiento de esta ley.

- **Notificación a los Residentes de Wisconsin:** Ningún acuerdo, fallo de propiedad matrimonial, declaración unilateral o decisión de la corte afectará nuestros derechos, a menos que usted nos provea copia de dicho acuerdo, declaración u orden de la corte antes de que su crédito, o que tengamos conocimiento de sus términos antes de que su cuenta sea abierta.

© 2022 Citibank, N.A.

## Información Promocional de Intereses Diferidos

Ocasionalmente, por ser tarjetahabiente de la Tarjeta de Crédito The Home Depot para el Consumidor, podría ofrecerle ofertas promocionales de intereses diferidos especiales solo por tiempo limitado. Las ofertas promocionales de intereses diferidos incluyen las siguientes tipos de ofertas:

- Sin interés si la totalidad del pago se efectúa en un plazo de 6 meses
- Sin interés si la totalidad del pago se efectúa en un plazo de 12 meses
- Sin interés si la totalidad del pago se efectúa en un plazo de 18 meses
- Sin interés si la totalidad del pago se efectúa en un plazo de 24 meses

Estas ofertas se encuentran disponibles todo el tiempo y pueden limitarse a mercaderías específicas y/o pueden tener requisitos de compra y/o pago mínimo que se aplican a la totalidad de la compra y la finalización del pago promocional, el importe total cargos por intereses a partir de la fecha de la compra. Si el saldo no se paga en su totalidad en o antes de la finalización del período promocional, o si no se realizan los pagos mínimos indicados en las Divulgaciones de la Tarjeta de Crédito The Home Depot para el Consumidor que se le proporcionarán si recibe la aprobación para una cuenta.

## Contrato de Tarjeta

Este Contrato de Tarjeta constituye su contrato con nosotros. Rige el uso de su tarjeta y de su cuenta. The Home Depot para el Consumidor y el Pase Provisional para Cargos ("Impresión") forman parte de este Contrato. Lea estos documentos con atención. Conserve estos documentos para sus registros.

**SIN INTERESES SI LA TOTALIDAD DEL PAGO SE EFECTÚA DENTRO DEL PERÍODO PROMOCIONAL\*** en compras elegibles. Se cargarán a su cuenta intereses a partir de la fecha de la compra si el saldo de compras no se paga en su totalidad dentro del período promocional.

## TÉRMINOS DE LA PROMOCIÓN

\*Con aprobación de crédito para compras elegibles realizadas con la Tarjeta de Crédito The Home Depot para el Consumidor. Tasa APR, desde 17.99% hasta 26.99%. Cargo mínimo por intereses $2. Vea más detalles en el contrato de la tarjeta, incluida la tasa APR aplicable a usted. Oferta válida para cuentas del consumidor en buenos términos; la oferta de crédito de todos los días de 6 meses está sujeta a cambio sin previo aviso; consulte detalles en la tienda.

Pld13·1 · 22/9/9



# MANERAS FÁCILES DE PRESENTAR LA SOLICITUD

**EN LA TIENDA**
Pregunte los detalles a un Asociado.

**POR INTERNET**
homedepot.com/credit

**POR DISPOSITIVO MÓVIL**
homedepot.com/credit



## LA TARJETA DE CRÉDITO THE HOME DEPOT PARA EL CONSUMIDOR ES ACEPTADA EN:

homedepot.com

homedecorators.com

HOME SERVICES

6/6/22  1:43 PM

72100 0622 (RPL) vf.indd  36-37



# Financiamiento disponible para sus proyectos de todos los días y para compras inesperadas

**DISPONIBLE TODOS LOS DÍAS**

**6 MESES**

**Sin intereses si la totalidad del pago se efectúa en un plazo de 6 meses\*** en compras de $299 o más. Se cargarán a su cuenta intereses a partir de la fecha de la compra si el saldo de compras no se paga en su totalidad en un plazo de 6 meses.

# Obtenga la tarjeta y reciba:



**FINANCIAMIENTO HASTA 24 MESES\* DURANTE LAS PROMOCIONES ESPECIALES**
Cuanto más gaste, más tiempo podrá tener para pagarnos.



**1 AÑO DE DEVOLUCIONES SIN COMPLICACIONES**
que se acreditan a su tarjeta Home Depot: Eso equivale a 4 veces más tiempo para hacer devoluciones, por el solo hecho de ser tarjetahabiente.



**COMPRE EN LA TIENDA SIN SU TARJETA**
Con una identificación válida, podemos buscar la información de su cuenta en la línea de cajas.



**ADMINISTRE SU CUENTA A SU MANERA**
Vea, administre y pague su cuenta por Internet.



**PROTECCIÓN CONTRA FRAUDE GARANTIZADA**
$0 de responsabilidad en compras no autorizadas.



**AHORRE HASTA $100\*\***
en su compra elegible cuando abra una nueva cuenta de tarjeta de crédito con The Home Depot. Oferta por tiempo limitado.





\*Consulte en el interior los Términos de la Promoción. Sujeto a la Política de Devoluciones de The Home Depot. \*\*La oferta es para cuentas nuevas que se abran en la tienda, está sujeta a aprobación de crédito y es válida por tiempo limitado. Esta oferta es canjeable en una compra de un solo día por un descuento de $25 en una compra de $25 hasta $299; por un descuento de $50 en una compra de $300 hasta $999; o por un descuento de $100 en una compra de $1,000 o más dentro de los 30 días posteriores a la fecha de apertura de su cuenta realizada en tiendas al detalle The Home Depot o en homedepot.com con su Tarjeta de Crédito The Home Depot para el Consumidor, la Tarjeta The Home Depot Home Improver, la Tarjeta de Crédito de Pro Xtra, o la Cuenta Comercial The Home Depot. Válida en EE. UU., las Islas Vírgenes de EE. UU., Puerto Rico y Guam. La oferta no se aplica a compras anteriores, a Tarjetas de Regalo de The Home Depot, a Tarjetas o Certificados de Regalo de terceros, a productos o servicios de instalación adquiridos en el hogar, a Alquiler de Herramientas, ni a productos y artículos de comercialización Weber®, Bona®, Simplehuman®, Dacor®, Viking®, Fisher & Paykel®, Sharp Insight™, Delonghi™, Buckhaven, Lynx®, Alfresco™, OCI, Marvel®, Bertazzoni, Aga, Vent-A-Hood®, Samsung Chef Collection, Bosch Benchmark® Series, Liebherr, Zephyr, Miele, Signature Kitchen Suite, Jenn-Air®, Thermador®, JELD-WEN® Door Systems y Monogram. No se puede combinar con otros descuentos; pregunte los detalles a un Asociado.



Exhibit "3"

# Account Statement



**The Home Depot**
Consumer Credit Card

**Customer Service:**
homedepot.com/mycard
**Account Inquiries:**
1-800-677-0232  (TTY: 711)

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO Box 790328, St. Louis, MO 63179

**Account Number:** ████ 7647

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$479.36 |
| **Fees Charged** | +$0.00 |
| **Interest Charged** | +$0.00 |
| New Balance | $479.36 |
| Past Due Amount | $0.00 |
| Credit Limit | $8,000.00 |
| Available Credit | $7,520.00 |
| Amount Over Credit Limit | $0.00 |
| Statement Closing Date | 08/14/2022 |
| Next Statement Closing Date | 09/13/2022 |
| Days in Billing Cycle | 3 |

## Payment Information

| | |
|---|---|
| New Balance | $479.36 |
| Minimum Payment Due | $29.00 |
| Payment Due Date | September 10, 2022 |

**Late Payment Warning: If** we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 months | $601 |

If you would like information about credit counseling services, call 1-877-337-8187 (TTY: 711).

Your Minimum Payment Due is $29.00. If you paid your non-promotional (revolving) balances and any expiring promotional balances in full on your last statement, you can avoid interest charges on any new non-promotional (revolving) balances and any expiring promotional balances if you pay $29.00 by 09/10/22. Otherwise, interest will accrue from your statement closing date until we receive your payment. The "How to Avoid Paying Interest on Purchases" section on page 2 has more information.

New York residents may contact the New York State Department of Financial Services by telephone, 1-800-342-3736, or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

You must pay your promotional balance of **$479.36** in full by **03/10/23** to avoid paying deferred interest charges.

Please see the enclosed **deferred interest promotional offer update** for important information.

**How to read your billing statement**

See at-a-glance exactly when your payment is due, any new transactions, your new balance and minimum payment due. It's all right here.
**Please see page 4 for additional information.**

8 HD 8

↓   Please detach and return lower portion with your payment to ensure proper credit. Retain upper portion for your records.   ↓

P.O. Box 790393
St. Louis, MO 63179

**Statement Enclosed**

Your Account Number is ████ 7647

For proper credit, please write
6035 3210 0406 7647
on your check and enclose
with this payment coupon.



| | |
|---|---|
| Payment Due Date | September 10, 2022 |
| New Balance | $479.36 |
| Past Due Amount | $0.00 |
| Minimum Payment Due | $29.00 |

**Amount Enclosed:  $**

Please print address changes on the reverse side.
**Make Checks Payable to** ▾

CARL CLARKE
2856 41ST ST APT 3H
ASTORIA, NY   11103-3344

HOME DEPOT CREDIT SERVICES
PO BOX 70600
PHILADELPHIA, PA 19176-0600

03000  0002900  0047936  0000000  ████  7647 0818

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. To get a grace period on purchases you must pay the New Balance by the payment due date every billing cycle. If you do not, you will not get a grace period until you pay the New Balance for two billing cycles in a row.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance so long as you pay the New Balance less any excluded balance, plus any separately required payment on an excluded balance, in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods C, H and M, we use a daily balance method (including current transactions) to calculate interest charges. For Methods I and L, we use an average daily balance method (including current transactions) to calculate interest charges. For Method K, we use an average daily balance method (excluding current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at Customer Service number on the front.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your mailed payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for express mail is shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order made payable to Home Depot Credit Services. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**

- **In-Store Payments.** For your added convenience, payments can be made at The Home Depot stores, with no service fee. Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds.
- **Online/AutoPay.** Go to the URL on Page 1 of your statement to make a payment online. You can also enroll in AutoPay and have your payment amount automatically deducted each month from the payment account you choose.
- **Phone.** Call the number on Page 1 of your statement to make a payment by phone. For phone payments, you authorize us to electronically debit your specified bank account by an ACH transaction in the amount and on the date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of Page 1 within the time period disclosed to you on the phone. There is no fee for making a payment using our automated voice response system.

- **Agent-Assisted Phone Payments.** If you call us to make a payment with the assistance of a live agent, the payment will be applied the same day and you will be charged a $5.00 agent expedited payment fee.
- **Express Mail.** Send payment by express mail to: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213.
- **Crediting Payments other than by Mail.** The payment cutoff time for Online bill payments, Phone payments, and Express Mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information, please write us at: Credit Bureau Dispute Verification, P.O. Box 6497, Sioux Falls, SD 57117.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:

1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## KEY CREDIT TERMS

**NO INTEREST IF PAID IN FULL WITHIN 6 MONTHS\*** on purchases of $299 or more. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 6 months.

\*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card. APR: 17.99% – 26.99%. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer valid for consumer accounts in good standing; 6 months everyday credit offer is subject to change without notice; see store for details.

HD FEB20

/A/- HD - 9196-0400-0002 -/B/- 000 - 29A -/C/- - 0 - - 13 -/D/- P - - - 0 - N -/E/- 0- -  - - N - -0 - 0 -/F/- 12/31/99 - 08/01/22 - 0 - December 31, 9999
-/G/- N - - - -/H/- 0 - - HHKB -/I/- - - 0 - 0 - - -/J/- - - - - -

Page 2 of 6

---

**Please provide change of address and update/add your phone numbers\*here:** (Use blue or black ink.)

_____

_____

**\*Cell:** _____   **\*Home:** _____

**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.



PACK.
STORE.
SAVE.

**Durable Garage Storage That Clears The Way**

**Visit your local store or shop online at homedepot.com/storage.**



Account: **** **** **** 7647

YOU MAY REQUEST TO RECEIVE WRITTEN COMMUNICATIONS IN BRAILLE OR LARGE-PRINT FORMAT BY CALLING THE TOLL FREE OR TTY NUMBER LISTED AT THE TOP OF THIS STATEMENT.

**Thanks for using your The Home Depot Consumer Credit Card! Now's the time to continue using it for all your home improvement projects, big or small.**

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Please update your phone number, including cell phone number on the back of the payment coupon.

Marketing offers included in this statement are intended for residents of the United States and its Territories.

---

**Deferred Interest Promotional Offer Update**

From time to time, you may be offered special limited time only deferred interest promotional offers.

Deferred interest promotional offers include the following types of offers:
- No Interest if paid in full within 6 months
- No Interest if paid in full within 12 months
- No Interest if paid in full within 18 months
- No Interest if paid in full within 24 months

If the balance is not paid in full by the end of the promotional period, interest charges will be imposed from the purchase date at the purchase rate on your account which is 25.99% APR.

These offers are not available all the time and may be limited to specific merchandise and/or have minimum payment and purchase requirements as disclosed in the offer.

Your card agreement, the terms of the offer and applicable law govern these transactions including increasing APRs and fees and termination of the promotional period.

If you have any questions, please contact us at 1-866-533-2468.  For TTY assistance, please call 1-888-944-2227.

---

### TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 08/12 | THE HOME DEPOT BOCA RATON  FL | 3244256 | $    479.36 |
| | HARDWARE | | |
| | PROMOTIONAL PURCHASE:  To avoid interest charges, please pay the above in full by 03/10/2023.  Monthly payments required. | | |

### FEES

| | | |
|---|---|---|
| TOTAL FEES FOR THIS PERIOD | $ | 0.00 |

### INTEREST CHARGED

| | | |
|---|---|---|
| TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2022 | $0.00 |
| Total Interest Charged in 2022 | $0.00 |

### ACTIVITY AND PROMOTIONS DETAIL

| | Original Promotion Trans Amount | Promotion Trans Date | Previous Balance | Payments & Other Credits | Purchases, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | |
| Revolving Balance | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | | |
| | $479.36 | 08/12/22 | - | - | $479.36 | - | $479.36 | - | $1.02 | 03/10/23 |
| TOTAL | | | $0.00 | $0.00 | $479.36 | $0.00 | $479.36 | $0.00 | $1.02 | |

| INTEREST CHARGE CALCULATION | Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. | | |
|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| PURCHASES | | | |
| Revolving Balance | 25.99% (M) | $0.00 | $0.00 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |

# Your new statement: Clear & Concise!

**Clear.**
Statements are written in everyday language that you'll be able to read and understand. They show you exactly how much you've spent, how much you owe, when you owe it and how your payments are applied across your balance(s).

**Concise.**
The information is grouped into sections that make it easy to find what you're looking for.



**Summary of Account Activity**
Outlines monthly account activity, including payments, credits, fees and interest charged

**Transactions**
Lists your activity over the past month including purchases, payments and credits, fees and interest for the billing period

**Activity and Promotions Detail**
This new section on your statement shows how your payments, purchases and other activity are applied to your balances during the billing cycle

**Account Number / Contact Information**

**Payment Information**
Shows your New Balance, Minimum Payment Due and Payment Due Date

**Payment Calculator**
Estimates the amount of time it will take to pay off your balance

**Interest Charge Calculation**
Includes your Annual Percentage Rate (APR) and designates the balance it applies to

THD NEW NOV 15



# WELCOME TO THE HOME DEPOT CONSUMER CREDIT CARD

**1234 5678 0563 9024**

## TAKE ADVANTAGE OF YOUR EXCLUSIVE CARDMEMBER BENEFITS.



### SPECIAL FINANCING AVAILABLE EVERY DAY



### UP TO 24-MONTH FINANCING* DURING SPECIAL PROMOTIONS
The more you spend, the longer you may have to pay us back.



### 1-YEAR HASSLE-FREE RETURNS
credited back to your Home Depot Card.†
That's 4X longer for returns, just for being a cardmember!



### SHOP IN-STORE WITHOUT YOUR CARD
With a valid ID, we can look up your account information at checkout.



### MANAGE YOUR ACCOUNT YOUR WAY
View, manage and pay your account online at homedepot.com/mycard.

### 3 EASY WAYS TO MANAGE YOUR ACCOUNT FROM YOUR MOBILE DEVICE:
- Download **The Home Depot** app (iPhone®, Android™) and click on "My Account"
- Scan the QR code on the back of your card
- Visit **homedepot.com/mycard**



### FRAUD PROTECTION GUARANTEE
$0 liability on unauthorized charges.

## MORE GREAT REASONS TO SHOP AT THE HOME DEPOT®!

- **Buy Online, Pick Up In Store**

## FREE PICK UP IN HOURS**
### Online orders filled fast at any store
**Subject to availability. Minimum purchase requirements may apply; see cart for delivery options. Due to current events and high volume, orders may be delayed.
**THE HOME DEPOT DELIVERS. Just say when, where and how.**
**homedepot.com/delivery**

- **Live Streaming Workshops**
Taking care of your home just got a little bit easier, with free live, interactive workshops. Learn more at **homedepot.com/workshops**.

- **Expert Installation Professionals**
Trust our service providers to get the job done right. Learn more at **homedepot.com/services**.

*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card. APR: 17.99% – 26.99%. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer valid for consumer accounts in good standing; see store for details.

The Home Depot® local Service Providers are background checked, insured, licensed and/or registered. License or registration numbers held by or on behalf of The Home Depot U.S.A., Inc. are available at homedepot.com/licensenumbers or at the Special Services Desk in The Home Depot store. State specific licensing information includes: AL 05972 07281 AL 16036 20096, AK CON6443, CONE25084 [Principal Mailing Address: P O BOX 105451, 2455 PACES FERRY RD., C-11 HSC, ATLANTA, GA 30348] AZ ROC252435 AZ ROC092581, CA 602331 CA 602331-C17 CA 602331-C6 CA 602331-C61/D12 CA 602331, CT ELC.0205127-E1 CT HTG.0406972-D1 HTG.0406596-D2 CT PLM.0288547-P1 CT HIC.0533772, DE HM-0000772 DE PL-0002473, DC EM2020030 DC 410517000372 DC RC920131, FL EC00001440 EC13007199 FL CGC1514813 CRC046858 CGC061641 FL CAC1813767 CAC1818831 FL CFC1426021, GA EN216765 GA GAREGCN108762, HI CT22120, ID 22877 ID 022876, IN CO51700025, IA 24602/HVAC IA 24602, KY CE65260 KY HM05813, LA LMP 6987 LMNGF9285, MD 76141 MD 11589 MD 85434 42144, MA 112785 188775, MI 2101089942 [Licensee Address: 545 S Telegraph Pontiac MI 48341] MN EA731567 MN BC147263 MN MB732457 MN PC147263, NV 84011 NV 38686 NV 84052 NV 82439 NV 82440 NV 82441, NJ 13VH09777500 17CE999, ND 1638, OH 46992hvac OH 46992plg, OK 135514 OK 106339, OR 95843, PA PA142212, RI 9480 RI 8422, TX TECL24447 TICL113 TX TACLA1574C TACLB14980C TX M-16451, WA HOMED088RH, WV WV036104.

†Refer to The Home Depot Returns Policy for details. ©2022 Home Depot Product Authority, LLC. All rights reserved.

948

Exhibit "4"

# Account Statement



**The Home Depot**
Consumer Credit Card

**Customer Service:**
homedepot.com/mycard
**Account Inquiries:**
1-800-677-0232 (TTY: 711)

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO Box 790328, St. Louis, MO 63179

Account Number: ▮▮▮▮▮ 1307

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$569.18 |
| **Fees Charged** | +$0.00 |
| **Interest Charged** | +$0.00 |
| New Balance | $569.18 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $6,000.00 |
| Available Credit | $5,430.00 |
| Amount Over Credit Limit | $0.00 |
| Statement Closing Date | 09/04/2023 |
| Next Statement Closing Date | 10/05/2023 |
| Days in Billing Cycle | 22 |

## Payment Information

| | |
|---|---|
| New Balance | $569.18 |
| Minimum Payment Due | $29.00 |
| Payment Due Date | October 1, 2023 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $756 |

If you would like information about credit counseling services, call 1-877-337-8187 (TTY: 711).

Your Minimum Payment Due is $29.00. If you paid your non-promotional (revolving) balances and any expiring promotional balances in full on your last statement, you can avoid interest charges on any new non-promotional (revolving) balances and any expiring promotional balances if you pay $64.02 by 10/01/23. Otherwise, interest will accrue from your statement closing date until we receive your payment. The "How to Avoid Paying Interest on Purchases" section on page 2 has more information.

New York residents may contact the New York State Department of Financial Services by telephone, 1-800-342-3736, or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

You must pay your promotional balance of **$505.16** in full by **03/01/24** to avoid paying deferred interest charges.

Please see the enclosed **deferred interest promotional offer update** for important information.

| How to read your billing statement | See at-a-glance exactly when your payment is due, any new transactions, your new balance and minimum payment due. It's all right here. **Please see page 5 for additional information.** |
|---|---|

8 HD 1

↓ Please detach and return lower portion with your payment to ensure proper credit. Retain upper portion for your records. ↓



P.O. Box 790393
St. Louis, MO 63179

**Statement Enclosed**

Your Account Number is ▮▮▮▮▮ 1307



**SHOP IN-STORE WITHOUT YOUR CARD**

Text '*Shop*' to **71469** to get your temporary shopping barcode and account information.*

*Message and data rates may apply.

| | |
|---|---|
| **Payment Due Date** | October 1, 2023 |
| **New Balance** | $569.18 |
| **Past Due Amount** | $0.00 |
| **Minimum Payment Due** | $29.00 |

**Amount Enclosed:** $ _____

Please see reverse side to change your address.
**Make Checks Payable to** ▼

CARL CLARKE
2856 41ST ST APT 3H
ASTORIA, NY 11103-3344

HOME DEPOT CREDIT SERVICES
PO BOX 70600
PHILADELPHIA, PA 19176-0600

03009 0002900 0056918 0000000 ▮▮▮▮ 1307 0118

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. To get a grace period on purchases you must pay the New Balance by the payment due date every billing cycle. If you do not, you will not get a grace period until you pay the New Balance for two billing cycles in a row.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance so long as you pay the New Balance less any excluded balance, plus any separately required payment on an excluded balance, in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods C, H and M, we use a daily balance method (including current transactions) to calculate interest charges. For Methods I and L, we use an average daily balance method (including current transactions) to calculate interest charges. For Method K, we use an average daily balance method (excluding current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at Customer Service number on the front.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your mailed payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for express mail is shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order made payable to Home Depot Credit Services. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**

- **In-Store Payments.** For your added convenience, payments can be made at The Home Depot stores, with no service fee. Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds.
- **Online/AutoPay.** Go to the URL on Page 1 of your statement to make a payment online. You can also enroll in AutoPay and have your payment amount automatically deducted each month from the payment account you choose.
- **Phone.** Call the number on Page 1 of your statement to make a payment by phone. For phone payments, you authorize us to electronically debit your specified bank account by an ACH transaction in the amount and on the date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of Page 1 within the time period disclosed to you on the phone. There is no fee for making a payment using our automated voice response system.

- **Agent-Assisted Phone Payments.** If you call us to make a payment with the assistance of a live agent, the payment will be applied the same day but you will be charged a $5.00 agent expedited payment fee.
- **Express Mail.** Send payment by express mail to: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213.
- **Crediting Payments other than by Mail.** The payment cutoff time for Online bill payments, Phone payments, and Express Mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information, please write us at: Credit Bureau Dispute Verification, P.O. Box 6497, Sioux Falls, SD 57117.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:

1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## KEY CREDIT TERMS

**NO INTEREST IF PAID IN FULL WITHIN 6 MONTHS*** on purchases of $299 or more. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 6 months.

*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card. APR: 17.99% – 26.99%. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer valid for consumer accounts in good standing; 6 months everyday credit offer is subject to change without notice; see store for details.

HD FEB20

/A/- HD - 9196-0400-0002 -/B/- 000 - 29A -/C/- - 0 - - 37 -/D/- P - E - Y - 0 - N -/E/- 0 - ⸱ - N - - 0 - 0 -/F/- 12/31/99 - 08/01/23 - 1 - December 31, 9999
-/G/- N - - - - -/H/- 0 - - HHKB -/I/- - - 0 - 0 - - -/J/- - - - - -

## Easily manage your contact information

It's important we have your current contact information, so if anything changes (including your email or mailing address or phone number), please do one of the following to easily update your information:

- You can update your contact information by logging into your online account via the URL located in the Customer Service section on the front of your statement, or

- Call the Account Inquiries phone number located in the Customer Service section on the front of your statement



## BEAUTIFUL MASONITE BARN DOORS

**They're charming and eye-catching**

- Add simplicity and style to your home with an interior barn door
- Create a smooth and unique transition between rooms
- These include easy-to-follow assembly and installation directions

**For a wide variety of finishes and styles, shop for barn doors in store or online today at homedepot.com/masonitebarndoors.**



Account:  **** **** **** 1307

YOU MAY REQUEST TO RECEIVE WRITTEN COMMUNICATIONS IN BRAILLE OR LARGE-PRINT FORMAT BY
CALLING THE TOLL FREE OR TTY NUMBER LISTED AT THE TOP OF THIS STATEMENT.

**Thanks for using your The Home Depot Consumer Credit Card! Now's the time to continue
using it for all your home improvement projects, big or small.**

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your
payment will not be reflected until your next statement.

Marketing offers included in this statement are intended for residents of the United States and its Territories.

---

**Deferred Interest Promotional Offer Update**

From time to time, you may be offered special limited time only deferred interest promotional offers.

Deferred interest promotional offers include the following types of offers:
- No Interest if paid in full within 6 months
- No Interest if paid in full within 12 months
- No Interest if paid in full within 18 months
- No Interest if paid in full within 24 months

If the balance is not paid in full by the end of the promotional period, interest charges will be imposed from the purchase date at the purchase rate on
your account which is 25.99% APR.

These offers are not available all the time and may be limited to specific merchandise and/or have minimum payment and purchase requirements as
disclosed in the offer.

Your card agreement, the terms of the offer and applicable law govern these transactions including increasing APRs and fees and termination of the
promotional period.

If you have any questions, please contact us at 1-866-533-2468.  For TTY assistance, please call 1-888-944-2227.

---

## TRANSACTIONS

| Trans Date | Description | Reference # | | Amount |
|---|---|---|---|---|
| *CARD ENDING 1307 CARL CLARKE* | | | | |
| 08/14 | THE HOME DEPOT BOCA RATON  FL | 6064990 | $ | 64.02 |
| | FLOORING PLUMBING | | | |
| 08/25 | THE HOME DEPOT BRONX  NY | 5071673 | $ | 505.16 |
| | HARDWARE SEASONAL/GARDEN | | | |
| | PROMOTIONAL PURCHASE:  To avoid interest charges, please pay the above in full by 03/01/2024.  Monthly payments required. | | | |
| **TOTAL CARD ENDING 1307** | | | $ | 569.18 |

### FEES

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS PERIOD | | $ | 0.00 |

### INTEREST CHARGED

| | | | |
|---|---|---|---|
| TOTAL INTEREST FOR THIS PERIOD | | $ | 0.00 |

| **2023 Totals Year-to-Date** | |
|---|---|
| Total Fees Charged in 2023 | $0.00 |
| Total Interest Charged in 2023 | $0.00 |

## ACTIVITY AND PROMOTIONS DETAIL

| | Original Promotion Trans Amount | Promotion Trans Date | Previous Balance | Payments & Other Credits | Purchases, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | |
| Revolving Balance | | | | | | | | | | |
| | - | - | - | - | $64.02 | - | $64.02 | - | - | - |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | | |
| | $505.16 | 08/25/23 | - | - | $505.16 | - | $505.16 | - | $3.97 | 03/01/24 |
| **TOTAL** | | | $0.00 | $0.00 | $569.18 | $0.00 | $569.18 | $0.00 | $3.97 | |

| INTEREST CHARGE CALCULATION | | Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. | |
|---|---|---|---|
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
| PURCHASES | | | |
| Revolving Balance | 25.99% (M) | $0.00 | $0.00 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |

# Your new statement: Clear & Concise!

**Clear.**
Statements are written in everyday language that you'll be able to read and understand. They show you exactly how much you've spent, how much you owe, when you owe it and how your payments are applied across your balance(s).

**Concise.**
The information is grouped into sections that make it easy to find what you're looking for.



**Account Number / Contact Information**

**Payment Information**
Shows your New Balance, Minimum Payment Due and Payment Due Date

**Payment Calculator**
Estimates the amount of time it will take to pay off your balance

**Interest Charge Calculation**
Includes your Annual Percentage Rate (APR) and designates the balance it applies to

**Summary of Account Activity**
Outlines monthly account activity, including payments, credits, fees and interest charged

**Transactions**
Lists your activity over the past month including purchases, payments and credits, fees and interest for the billing period

**Activity and Promotions Detail**
This new section on your statement shows how your payments, purchases and other activity are applied to your balances during the billing cycle

THD NEW NOV 15



# WELCOME TO THE HOME DEPOT® CONSUMER CREDIT CARD

## Take Advantage of Your Exclusive Cardmember Benefits.



**Special Financing Available Every Day**



**Up to 24-Month Financing\* During Special Promotions**
The more you spend, the longer you may have to pay us back.



**1-Year Hassle-free Returns**
credited back to your Home Depot Card.†
That's 4X longer for returns, just for being a cardmember!



**Shop In-Store Without Your Card**
With a valid ID, we can look up your account information at checkout. Or, text '*Shop*' to **71469** to get your temporary shopping barcode.\*\*



**Manage Your Account Your Way**
View, manage and pay your account online at **homedepot.com/mycard**.

**4 Easy Ways To Manage Your Account From Your Mobile Device:**

- Download The Home Depot app (iPhone®, Android™) and click on "My Account"
- Scan the QR code on the back of your card
- Visit **homedepot.com/mycard**
- Text '*Pay*' to **71469** to instantly pay your bill and see your current balance\*\*



**Fraud Protection Guarantee**
$0 liability on unauthorized charges.

## More Great Reasons to Shop at The Home Depot®!

- **Buy Online, Pick Up In Store FREE PICK UP IN HOURS◊**
Online orders filled fast at any store.

- **The Home Depot Delivers**
Just say when, where and how. **homedepot.com/delivery**.

- **Free Livestream Workshops**
Taking care of your home and learning to DIY just got a little bit easier, with free live, interactive workshops. Register now at **homedepot.com/workshops**.

- **Local Installation Professionals**
Trust our licensed and insured providers to get your job done right. Visit **homedepot.com/services** for more information.

---

\*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card. APR: 17.99% – 26.99%. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer valid for consumer accounts in good standing; see store for details.

\*\*Text to Shop and Text to Pay only available on The Home Depot Consumer Credit Card. U. S. Only. Message and Data rates may apply. Ask An Associate for details. Payment account information must be on homedepot.com/mycard to take advantage of pay by text - feature is not available for debit card payments.
†Refer to The Home Depot Returns Policy for details.
◊Subject to availability. Minimum purchase requirements may apply; see cart for delivery options. Due to current events and high volume, orders may be delayed.
The Home Depot local Service Providers are background checked, insured, licensed and/or registered. License or registration numbers held by or on behalf of The Home Depot U.S.A., Inc. are available at homedepot.com/licensenumbers or at the Customers Notice board in The Home Depot store. State specific licensing information includes: AL 51289, 1924; AK 25084; AZ ROC252435, ROC092581; AR 228160518; CA 602331; CT HIC.533772; DC 420214000109, 410517000372; FL CRC046858, CGC1514813; GA RBC0005730, GCC0005540; HI CT-22120; ID RCE-19683; IA C091302; LA 43960, 557308, 883162; MD 85434, 42144; MA 112785, CS-107774; MI 2101089942, 2102119069; MN BC147263; MS 22222-MC; MT 37730; NE 26085; NV 38686; NJ 13VH09277500; NM 86302; NC 31521; ND 29073; OR 95843; The Home Depot U.S.A., Inc. is a Registered General Contractor in Rhode Island and its Registration Number is 9480; SC GLG110120; TN 47781; UT 286936-5501; VA 2705-068841; WA HOMED088RH; WV WV036104; WI 1046796.
©2023 Home Depot Product Authority, LLC. All rights reserved.

606