UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No.: 9:24-cv-81440-MD

CARL CLARKE,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, AND CITIBANK,
N.A.

    Defendant(s).
_____/

## JOINT NOTICE OF SCHEDULING MEDIATION

Plaintiff, Carl Clarke ("**Plaintiff**"), and Defendants, Equifax Information Services LLC ("**Equifax**"), Experian Information Solutions, Inc. ("**Experian**"), TransUnion LLC ("**TransUnion**") and Citibank, N.A. ("**Citibank**")[1] (collectively, "**Defendants**"), file this Joint Notice of Scheduling Mediation and state as follows:

1. The parties have agreed to proceed to mediation with Lance A. Harke of Upchurch Watson White & Max on May 28, 2025 at 12:00 PM EST via Zoom.

[**SIGNATURE PAGE TO FOLLOW**]

---

[1] As set forth in Citibank's Motion to Compel Arbitration (D.E. 32), the claims raised by Plaintiff against Citibank are subject to an arbitration provision contained within Plaintiff's card agreements. Citibank expressly reserves and does not waive its right to compel arbitration.

**Respectfully submitted,**

**CONSUMER RIGHTS LAW, PLLC**

/s/ *Monique N. Reyes*
Monique N. Reyes
FL Bar No. 1026823
Email: monique@consumerrights.law

Consumer Rights Law, PLLC.
848 Brickell Ave. PH-5
Miami, FL 33131
Telephone: (305) 686-0236
E-mail: monique@consumerrights.law
Seondary: service@consumerrights.law

*Counsel for Plaintiff Carl Clarke*

**BUCHANAN INGERSOLL & ROONEY PC**

*Attorneys for Defendant, TransUnion, LLC*
2 South Biscayne, Blvd., Suite 1500
Miami, Florida 33131
Telephone: (305) 347-4080
Facsimile: (305) 347-4089

By: /s/ Christian C. Kohlsaat
Christian C. Kohlsaat, Esq.
Florida Bar No. 117795
christian.kohlsaat@bipc.com

**ADAMS AND REESE LLP**

/s/ Andrew C. Wilson
Louis M. Ursini, III, Esq.
Florida Bar No. 0355940
Primary: louis.ursini@arlaw.com
Secondary: lisa.stallard@arlaw.com
100 North Tampa Street, Suite 4000
Tampa, FL 33602
813-402-2880 (Telephone)
813-402-2887 (Facsimile)

Andrew C. Wilson, Esq.
Florida Bar No. 0103203
Primary: andrew.wilson@arlaw.com
Secondary: suellen.kerrigan@arlaw.com
2001 Siesta Dr., Suite 302
Sarasota, FL 34239
941-316-7636 (Telephone)
*Counsel for Citibank*

**TROUTMAN PEPPER LOCKE LLP**

/s/ Noah J. DiPasquale
Noah J. DiPasquale, Esq.
Florida Bar No. 1003238

1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1266
Facsimile: (804) 697-1339
Email: noah.dipasquale@troutman.com
*Counsel for Defendant Experian Information Solutions, Inc*

**SEYFARTH SHAW LLP LLP**

By: /s/ Paige Vacante
Paige Vacante
Florida Bar No. 1019135
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: pvacante@seyfarth.com
*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated by the CM/ECF system and paper copies will be sent to those indicated as non-registered participants, on this 2nd day of April, 2025.

/s/ *Monique N. Reyes*
Monique N. Reyes
Florida Bar No. 1026823