UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Case No.: 9:24-cv-81440-MD

CARL CLARKE,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, AND CITIBANK,
N.A.

    Defendant(s).
_____/

**JOINT NOTICE OF SETTLEMENT AND MOTION TO
STAY DEADLINES AS TO CITIBANK, N.A.**

Plaintiff, Carl Clarke ("**Plaintiff**"), and Defendant, CitiBank, N.A. ("**Defendant**"), by and through their respective undersigned counsel and pursuant to Rule 16.4 of the Local Rules for the United States District Court for the Southern District of Florida hereby file their Joint Notice of Settlement and, in support thereof, state:

1. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. Accordingly, the parties respectfully request that the Court stay all proceedings and deadlines as set forth in the Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [D.E. 30] as it pertains to CitiBank, N.A.

Respectfully submitted,                              Dated: April 10, 2025

**CONSUMER RIGHTS LAW, PLLC**
                                                     .
/s/ *Monique N. Reyes*
Monique N. Reyes
Florida Bar No. 1026823

Consumer Rights Law, PLLC
848 Brickell Ave Ph-5
Miami, FL 33131
Office: 305-686-0236
Fax: 305-686-0235
Email: monique@consumerrights.law

*Attorney for Planitiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Monique N. Reyes*
Monique N. Reyes

*Attorney for Plaintiff*
*Carl Clarke*