UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81440-CIV-DAMIAN

**CARL CLARKE**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court upon Plaintiff, Carl Clarke's, and Defendant, Equifax Information Services, LLC's ("Equifax"), Notice of Settlement, filed on May 20, 2025 [ECF No. 47 (the "Notice")], indicating that Plaintiff has reached a settlement with Equifax to resolve all claims in this case against Equifax (together with Plaintiff, the "Settling Parties").

This Court having reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows: The Settling Parties shall file a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) within **thirty (30) days** of the date of this Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 21st day of May, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**