UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Case No.: 9:24-cv-81440-MD

CARL CLARKE,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, AND CITIBANK,
N.A.

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO CITIBANK, N.A. AND EQUIFAX INFORMATION SERVICES, LLC**

COMES NOW Plaintiff, CARL CLARKE ("Plaintiff"), and Defendants, CITIBANK, N.A. ("Citibank"), and EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant Citibank and Equifax, in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted,

**CONSUMER RIGHTS LAW, PLLC**

/s/ Monique N. Reyes
Monique N. Reyes, Esq.
Florida Bar No. 1026823
848 Brickell Ave, PH5
Miami, Florida 33131
Telephone: (786) 250-2566
E-mail: monique@consumerrights.law

*Counsel for Plaintiff Cark Clarke*


**SEYFARTH SHAW LLP LLP**

By: /s/ Paige Vacante
Paige Vacante
Florida Bar No. 1019135
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606

Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: pvacante@seyfarth.com

*Counsel for Defendant Equifax Information Services LLC*

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christian C. Kohlsaat
Christian C. Kohlsaat, Esq.
Florida Bar No. 117795
2 South Biscayne, Blvd., Suite 1500
Miami, Florida 33131
Telephone: (305) 347-4080
Facsimile: (305) 347-4089

*Attorney for Defendant, TransUnion, LLC*

**ADAMS AND REESE LLP**

/s/ Andrew C. Wilson
Andrew C. Wilson, Esq.
Florida Bar No. 0103203
Primary: andrew.wilson@arlaw.com
Secondary: suellen.kerrigan@arlaw.com
2001 Siesta Dr., Suite 302
Sarasota, FL 34239
941-316-7636 (Telephone)

*Louis M. Ursini, III,*
Louis M. Ursini, III, Esq.
Florida Bar No. 0355940
Primary: louis.ursini@arlaw.com
Secondary: lisa.stallard@arlaw.com
100 North Tampa Street, Suite 4000
Tampa, FL 33602

813-402-2880 (Telephone)
813-402-2887 (Facsimile)

*Counsel for Defendant Citibank, N.A.*

**JONES DAY**

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
1221 Peachtree Street N.E.,
Suite 400 Atlanta, Georgia 30361
Phone: (404) 581-8023
Email: gschnell@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Monique N. Reyes*
Monique N. Reyes

*Attorney for Plaintiff Carl Clarke*