UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81440-CIV-DAMIAN

**CARL CLARKE**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## BASED ON JOINT STIPULATION

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice as to Citibank, N.A. and Equifax Information Services, LLC [ECF No. 53 (the "Stipulation")], filed June 9, 2025. Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared. The stipulation specifies that the dismissal is with prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants Citibank, N.A. and Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** Citibank, N.A. and Equifax Information Services, LLC as Defendants in this matter. Plaintiff's claims against Experian Information Solutions remain pending.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 9th day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**