UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-81440-Damian/Matthewman

CARL CLARKE,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD [DE 55]

**THIS CAUSE** is before the Court upon Noah J. DiPasquale, Esq.'s Motion to Withdraw as Counsel of Record ("Motion") [DE 55].

Accordingly, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 55] is **GRANTED**.

2. Noah J. DiPasquale, Esq., and his law firm, Troutman Pepper Locke LLP, shall be relieved of any further obligations to serve as counsel for Defendant Experian Information Solutions, Inc., in this matter.

3. Defendant Experian Information Solutions, Inc., will continue to be represented by Grant E. Schnell of the law firm of Jones Day, as reflected on the docket in this matter.

.

**ORDERED and ADJUDGED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of June 2025.

WILLIAM MATTHEWMAN
United States Magistrate Judge