UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81440-CIV-DAMIAN

**CARL CLARKE**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.
_____/

### ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court upon the parties' Notices of Settlement, filed on August 29, 2025 and September 2, 2025 [ECF No. 67 and 68 (the "Notices")], indicating that Plaintiff has reached a settlement to resolve all claims in this case against Experian Information Solutions, Inc. and Transunion, LLC (with Plaintiff, the "Settling Parties").

This Court having reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows: The Settling Parties shall file a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii), signed by all parties who have appeared, within **thirty (30) days** of the date of this Order. This case remains **CLOSED** and all deadlines are **STAYED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 4th day of September, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**