UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:24-cv-81440-MD

CARL LEO CLARKE,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC, AND CITIBANK, N.A.

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, Carl Leo Clarke, and Defendants, Equifax Information Services, LLC, Experian Information Solutions, Inc., TransUnion, LLC, and CitiBank, N.A., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action in its entirety, with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: October 6, 2025

Respectfully submitted,

**CONSUMER RIGHTS LAW, PLLC**

/s/ *Monique N. Reyes*
Monique N. Reyes, Esq.
Florida Bar No. 1026823
848 Brickell Avenue, PH5
Miami, FL 33131
Telephone: (786) 250-2566
Email: monique@consumerrights.law

*Counsel for Plaintiff Carl Leo Clarke*

**SEYFARTH SHAW LLP**

/s/ Paige Vacante
Paige Vacante, Esq.
Florida Bar No.: 1019135
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: 312-460-5121
Email: pvacante@seyfarth.com

*Counsel for Defendant Equifax Information Services, LLC*

**JONES DAY**

/s/ Grant E. Schnell
Grant E. Schnell, Esq.
Florida Bar No.: 108109
1221 Peachtree Street N.E., Suite 400
Atlanta, GA 30361
Telephone: 404-581-8023
Email: gschnell@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**BUCHANAN INGERSOLL & ROONEY**

/s/ Christian C. Kohlsaat
Christian C. Kohlsaat, Esq.
Florida Bar No.: 117795
2 South Biscay Boulevard, Suite 1500
Miami, FL 33131
Telephone: 305-347-5720
Email: christian.kohlsaat@bipc.com

*Counsel for Defendant TransUnion, LLC*

**ADAMS AND REESE, LLP**

/s/ Andrew C. Wilson
Andrew C. Wilson, Esq.
Florida Bar No.: 0103203
2001 Siesta Drive, Suite 302
Sarasota, FL 34239
Telephone: 941-316-7600
Email: andrew.wilson@arlaw.com

*Counsel for Defendant CitiBank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

> */s/ Monique N. Reyes*
> Monique N. Reyes, Esq.